STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
scologne@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
reidelbach@higgslaw.com
CHRISTINA G. BOBB, ESQ. (Bar No. 259430)
cbobb@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Plaintiffs
GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a
California limited partnership; ANI COMMERCIAL CA I,
LLC, a California limited liability company; ANI
COMMERCIAL CA II, LP, a California limited partnership

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | CASE NO. 14-CV-02540-GPC-BLM <br><br> **PLAINTIFFS' OBJECTION TO DEFENDANTS' EVIDENCE SUBMITTED IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> DATE:    June 5, 2015 <br> TIME:    1:30 P.M. <br> CTRM:    2D <br><br> CASE FILED: October 23, 2014 <br><br> JUDGE:    Hon. Gonzalo P. Curiel <br> TRIAL DATE:    Not Set |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3371013.1

Case No. 14-CV-02540-GPC-BLM

Plaintiffs GINA CHAMPION-CAIN, LUV SURF LP, ANI COMMERCIAL CA I LLC and ANI COMMERCIAL CA II LP ("Plaintiffs") respectfully submit this Objection to Evidence submitted by Defendants in Opposition to Plaintiffs' Motion for Preliminary Injunction.:

| EVIDENCE | OBJECTION |
| --- | --- |
| **1. Defendant Brian MacDonald's Declaration in full** | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **2. Defendant's Exhibit #1**: Photograph of T-Shirt (Beach decal) | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **3. Defendant's Exhibit #2**: Photograph of T-Shirt collar and hangtag | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **4. Defendant's Exhibit #3**: Photograph of T-Shirt ("I [heart] Surf") | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **5. Defendant's Exhibit #4**: Photograph of T-Shirt collar and hangtag | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **6. Defendant's Exhibit #5**: picture purporting to be of Bundle Power listing of "Lovesurf Dream Session Tee" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **7. Defendant's Exhibit #6**: picture | Federal Rules of Evidence ("FRE") |

| | |
|---|---|
| purporting to be of Bundle Power listing of "I [heart] Surf" T-Shirt | § 402 (Irrelevant); FRE § 901 (not authentic) |
| 8. **Defendant's Exhibit #7**: picture purporting to be of Bundle Power listing of "Lovesurf Dream Session Tee" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| 9. **Defendant's Exhibit #8**: picture purporting to be of Bundle Power listing of "I [heart] Surf" T-Shirt | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| 10. **Defendant's Exhibit #9**: picture purporting to be of LoveSurf listing of "Dream Session Tee By Lovesurf | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| 11. **Defendant's Exhibit #10**: Email from Brett Hillyard to Brian MacDonald, dated 12/20/11 (with logo composite for "Luv Your Beach") | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| 12. **Defendant's Exhibit #11**: Email from Chris Kramer dated 12/21/11 | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| 13. **Defendant's Exhibit #12**: picture purporting to be of Lovesurf T-Shirt on hanger with hangtag | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |

| | |
|---|---|
| **14. Defendant's Exhibit #13**: picture purporting to be of Lovesurf T-Shirt collar and hangtag | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **15. Defendant's Exhibit # 14**: purported Order confirmation for order dated 8/23/11 of Lovesurf Dream Session Tee | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **16. Defendant's Exhibit #15**: Email from Brian MacDonald to Chris Kramer dated 12/13/11 regarding "LYB Marketing Plan" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| **17. Defendant's Exhibit #16**: Email from Chris Kramer to Brian MacDonald dated 12/15/11 regarding "LYB Marketing Plan" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| **18. Defendant's Exhibit #17**: Email sharing google doc from Chris Kramer "LYB Marketing Plan Dec2011" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| **19. Defendant's Exhibit #18**: Email from Chris Kramer to Brian MacDonald dated 12/20/11 regarding "LYB Marketing Plan" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |

| | |
|---|---|
| **20. Defendant's Exhibit #19**: Email from Chris Kramer to Brian MacDonald dated 1/3/12 referencing LYB Project | Federal Rules of Evidence ("FRE") § 402 (Irrelevant) |
| **21. Defendant's Exhibit #20**: Flyer purporting to be for "Poche Beach Cleanup" on July 5, 2010 | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); FRE § 901 (not authentic) |
| **22. Defendant's Exhibit #21**: Table titled "Timeline of Relevant Facts" | Federal Rules of Evidence ("FRE") § 402 (Irrelevant); |

DATED:  April 20, 2015

HIGGS FLETCHER & MACK LLP

By: *s/ Steven J. Cologne*
        STEVEN J. COLOGNE
        CHARLES F. REIDELBACH, JR.
        CHRISTINA G. BOBB
        Attorneys for Plaintiffs
        GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership