STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
scologne@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
reidelbach@higgslaw.com
CHRISTINA G. BOBB, ESQ. (Bar No. 259430)
cbobb@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Plaintiffs
GINA CHAMPION-CAIN, an individual; LUV SURF, LP,
a California limited partnership; ANI COMMERCIAL CA
I, LLC, a California limited liability company; and ANI
COMMERCIAL CA II, LP, a California limited partnership

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; and ANI COMMERCIAL CA II, LP, a California limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 14-CV-02540-GPC-BLM <br><br> **DECLARATION OF PETER GARZA IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> CASE FILED: October 23, 2014 <br><br> DATE:        June 5 2015 <br> TIME:        1:30 p.m. <br> CTRM        2D <br> JUDGE:      Hon. Gonzalo P. Curiel <br><br> TRIAL DATE:    Not Set |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3377955.1

Case No. 14-CV-02540-GPC-BLM

## DECLARATION OF PETER GARZA

I, Peter Garza, hereby make the following declaration under penalty of perjury under the laws of the United States. I declare that the facts stated herein are true, correct and within my own personal knowledge. I have personal knowledge of the facts herein, and if called as a witness and sworn I could and will competently testify to these facts.

1. I am the Managing Director Forensic West for Document Technologies, LLC ("DTI") a firm specializing in electronic discovery and computer forensics based in Atlanta, Georgia. I am the senior computer forensics consultant on the West Coast for DTI. Prior to joining DTI I was the founder president of Data Forté Corporation, a computer forensics consulting firm located in Rancho Cucamonga, California. Before that I was employed as a Senior Vice President with First Advantage Litigation Consulting ("FADV"), an international firm providing computer forensics and electronic discovery services. Prior to FADV I was the founder and President of EvidentData, Inc. ("EvidentData"), a computer forensics firm with offices in Los Angeles, San Diego and Rancho Cucamonga, California and Boston, Massachusetts.

2. I completed a Master of Science in Information Systems at Claremont Graduate University in 2001. Between 1989 and 1999 I was employed as a Special Agent with the Naval Criminal Investigative Service ("NCIS") specializing in computer investigations and operations. I performed criminal and counterintelligence investigations that resulted in forensic analysis of over 1000 computer systems. I have attended training courses in computer forensics, computer investigations and computer system administration. I have developed and taught advanced training courses in computer crimes investigation for the Department of Defense and other Federal law enforcement agencies, including the Federal Bureau of Investigation ("FBI") and the Air Force Office of Special Investigations, as well as other local law enforcement agencies. I have taught a

graduate course in advanced computer forensics at California Polytechnic University at Pomona.  From January 2001 to December 2002 I taught a course entitled, "Technical Recovery in Electronic Evidence" for the Computer Security Institute in San Francisco.

3.  Since leaving my position as a federal agent I have worked as a computer forensics and electronic discovery expert in hundreds of civil litigation cases.  I have recovered computer evidence in cases which have included investigation of computer intrusions, investigation of the theft of trade secrets and trademark infringement, litigation involving contract disputes and fraud, along with criminal investigations for the FBI, the Securities and Exchange Commission and other state and local law enforcement agencies.  A true and correct copy of my resume is attached to my declaration as Exhibit A.

4.  I reviewed the following materials in forming my opinions:

A. Declaration of Brian MacDonald, dated February 20, 2015, filed with Defendant's Opposition to Motion for Preliminary Injunction;

B. Forensic image backup of the hard drive in Mr. MacDonald's Dell Precision T3400 desktop PC, obtained on April 1, 2015;

C. Forensic image backup of a Western Digital brand external USB hard disk drive used by Mr. MacDonald, obtained on March 31, 2015;

D. Forensic image backup of Mr. MacDonald's USB flash drive marked "www.janrain.com", obtained on March 31, 2015;

E. Internet Archive pages stored for the Lovesurf.com web site accessed via the web address of archive.org;

F. Internet Archive pages stored for the Luvsurf.com web site accessed via the web address of archive.org;

G. Internet Archive pages stored for the BundlePower.com web site accessed via the web address of archive.org;

H. Domaintools.com Domain History Report for the Lovesurf.com

domain dated February 24, 2015 (attached hereto as <u>Exhibit B</u>);

I. Domaintools.com Domain History Report for the Luvsurf.com Internet domain dated April 16, 2015 (attached hereto as <u>Exhibit C</u>);

J. Adobe Acrobat Release Notes, downloaded from Adobe.com on April 17, 2015 (attached hereto as Exhibit D).

5. During my review of declaration prepared by Mr. MacDonald dated February 20, 2015, along with my analysis of the items described in paragraph 4 above, I have drawn the following conclusions:

- A document purported by Mr. MacDonald to be a flyer dated in July 2010 was actually prepared on February 20, 2015, and not in 2010 as asserted.

- The files purported to have been copied to Mr. MacDonald's Western Digital brand external hard disk drive were actually copied to the drive on or about February 20, 2015.

- A document purported to be a 2011 acknowledgement of a purchase of a Lovesurf t-shirt had file dates of March 20, 2015 and not 2011.

- The filenames and nonexistent metadata indicate the photographs of the Lovesurf t-shirts, referenced in Mr. MacDonald's declaration, have been edited or otherwise manipulated from their original content and stored under a new name.

- The file dates of the photographs of Lovesurf t-shirts found on the Western Digital External Hard Disk Drive which matched exhibits to Mr. MacDonald's declaration had File Created of February 14, 2012. This is inaccurate as the system used to copy the files onto Mr. MacDonald's Western Digital External Hard Drive had its system time set back to reflect this incorrect 2012 date when the files were actually transferred on February 20, 2015.

- There are anomalies in screen captures Mr. MacDonald describes as "Internet listings" from BundlePower.com which indicates they are mock

ups and not accurate representations of the live Bundlepower.com web pages;

- The Lovesurf.com domain was not used to sell surf themed apparel before December 2012;

6.   I have been involved as a computer forensics consultant or neutral expert in computer forensics in hundreds of cases.  I have testified in federal and state courts regarding computer forensics and electronic evidence issues.  I am frequently called upon to draft computer evidence inspection protocols as an independent expert for a court or for negotiation with an opposing party or expert.

7.   On March 31 and April 1, 2015 DTI was provided access Mr. MacDonald's computer devices listed in paragraph 4 above.  Forensic image backups were made of three computer devices said to contain the Lovesurf data.  I performed analysis of the data on Mr. MacDonald's devices provided for analysis and located files that appeared to be copies of Exhibits 1 through 9, Exhibits 12 through 14 and Exhibit 20.  In my review of Mr. MacDonald's declaration, I saw that Exhibits 1 – 4 appear to be digital photographs of t-shirts with Lovesurf tags; Exhibits 5 – 9 are purported to be archived copies of the bundlepower.com web site; Exhibits 12 and 13 appear to be digital photographs of t-shirts with Lovesurf tags and Exhibit 14 is document purported to be an order acknowledgement for a 2011 Bundlepower.com online; and Exhibit 20 is purported to be a 2010 flyer titled "Poche Beach Cleanup".

### Forensic Analysis of MacDonald Dell Desktop PC

8.   On April 1, 2015, a forensic image backup was obtained of Mr. MacDonald's Dell Precision T3400 desktop computer.  I performed analysis of the data on Mr. MacDonald's Dell Desktop PC and saw the installation of Windows 7 version of the operating system was dated February 16, 2012.

9.   I reviewed the file system on Mr. MacDonald's Dell Desktop PC in an

attempt to locate the files Mr. MacDonald attached as exhibits to his February 20, 2015 declaration and are referenced in paragraph 7 above. None of the files associated with these exhibits to Mr. MacDonald's declaration were stored on his Dell Desktop PC.

10.  Review of the file system revealed the computer did not have a profile which appeared to be for Mr. MacDonald. I performed a review of data on MacDonald's Dell Desktop PC revealed there were hundreds of files related to Lovesurf images, marketing, photography and other Lovesurf content.

11.  Although the t-shirt photographs included as exhibits to Mr. MacDonald's February 20th declaration were not located on Mr. MacDonald's Dell Desktop PC, there were digital photograph files I observed which show the types of file names and type of cameras used for digital photographs I observed on Mr. MacDonald's Dell Desktop PC. As I explain in my review of the Western Digital External Hard Drive below, the digital photographs provided as Exhibits 1 – 4 and Exhibits 12 and 13 no longer have the EXIF metadata tags normally embedded in digital photograph files and have descriptive file names which are not in the format of the original digital photograph file, indicating the original content has been edited or otherwise manipulated from their original content.

12.  The Exchangeable Image File format (EXIF) includes standard metadata tags embedded in digital images and sound files. The EXIF data embedded in digital photograph files, for instance will record the device (i.e. camera) used and date the image was captured among other fields of metadata commonly recorded. I reviewed metadata in many files found on Mr. MacDonald's Dell Desktop PC and saw there were at least three types of devices recorded different digital photographs saved on this system. I identified the use of an Apple iPhone, a Nikon model D200 and Canon EOS Rebel T3i to take digital photographs found on Mr. MacDonald's Dell Desktop PC. The file names for photographs taken with the Nikon digital camera were named with the underscore character followed by "DSC" and a four

digit sequence number. I saw file names from _DSC0106 to _DSC0161. The Canon camera stored file names that started with "IMG" and had the underscore character follow by a four digit sequence number. I saw file names that ranged from IMG_3641 to IMG_4330. My review also identified digital photographs which were captured with an Apple iPhone 4s and an iPhone 5. The iPhone digital photographs on Mr. MacDonald's Dell Desktop PC had file names that began with "IMG", then the underscore character and a four digit sequence number. File names that did not conform to the format recorded by a digital camera indicate the digital photograph file was renamed, edited or otherwise manipulated and stored under a new name.

13. Review of the files and folders on Mr. MacDonald's Dell Desktop PC showed there was hundreds of user files with apparent Lovesurf data which appeared to be produced in late 2012 and more recently. The types of files I observed were hundreds of digital photographs, Adobe Photoshop and other types of graphic or document files containing photographs or design images along with text related to the Lovesurf brand. Lovesurf related files include many Adobe Photoshop or Adobe Illustrator files with digital photographs which were edited or used in composing apparent marketing material or working with apparel product designs. None of the data on Mr. MacDonald's Dell Desktop PC appeared to be related to the exhibits referenced in paragraph 7 above.

14. Among the design files on Mr. MacDonald's Dell Desktop PC were Adobe Photoshop files of t-shirt designs. Appended to this report as Exhibit E is a list of six t-shirt designs with a small graphic representation of the Adobe Photoshop files which appear to be the same t-shirt graphic with different logos superimposed. Each of the six Photoshop files is also displayed in Exhibit E within its native Photoshop program. Each of these Photoshop files is made up of design elements that can be substituted or repositioned. Graphic 1 below is from one of the six Photoshop files and depicts the graphic elements in a file called

"Horizon_Triangleblue.psd" with following file path.



\Users\Jessica.QUAD-24GHZ-8GB-\Box Sync (backup)\GRAPHIC DESIGN\Trisha Andrada\T-SHIRT COMPS\Old\Horizon_Triangleblue.psd

**Graphic 1**



**Graphic 2**

15. The six Photoshop graphic design files are made up of layers which can easily be repositioned or exchanged with other graphics with the Photoshop image editing software installed on Mr. MacDonald's desktop computer.  Graphic 2 is a screen capture showing the "Horizon_Triangleblue.psd" file in Photoshop.  I selected the layers in the graphic file and could move, delete or insert other graphics to readily change the appearance of the graphic on the t-shirt.

16.  In my review of the data on Mr. MacDonald's computer, and his Western Digital External Hard Drive below, I observed many graphic files with photographic elements, text and layout items that appeared to have been edited.  It was obvious that the Adobe graphic design programs were used extensively to compose, edit and manipulate the web design, marketing and photographic files found on Mr. MacDonald's devices.

### Forensic Analysis of MacDonald Western Digital External Hard Drive

17.  On March 31, 2014 a forensic image backup was obtained of Mr. MacDonald's Western Digital brand external hard disk drive.   The data on Mr. MacDonald's Western Digital External Hard Drive indicates the drive was

formatted with a system date set to February 2012. My analysis shows that system and/or file dates were manipulated, so the format date for this external drive is unreliable.

18. During my analysis of the data from Mr. MacDonald's Western Digital External Hard Drive I saw about 17,138 user data files were copied onto this drive with the system date set to February 14, 2012 and occurred between 1:03:56 a.m. and 01:22:38 a.m. I reviewed the contents of folders and files on MacDonald's Western Digital External Hard Drive and saw that there was hundreds of graphic images, web development files, Adobe Photoshop and Adobe Illustrator graphic design files and other business documents related to Bundlepower.com and other business.

19. It is noteworthy that the folders and file names used by Mr. MacDonald were descriptive and relatively well organized. Although there was hundreds of files for the Bundlepower.com business, I did not see work related to the content in the files attached as exhibits to Mr. MacDonald's February 20, 2015 declaration. I have performed forensic analysis of thousands of systems and often see work product related to relevant files. There are often earlier or later versions of a file there are graphic elements that are used to compose a file. Particularly in a graphic design and web development setting, it is normal, as I see later in the data from 2013 and later, for designers to keep on-going work or prior work to reference later. The files attached as Exhibits to Mr. MacDonald's Declaration seemed to be inserted out context with no ongoing similar work product as is seen in later activity on the drive.

## 2010 Poche Beach Cleanup Flyer

20. During my review of the data on Mr. MacDonald's Western Digital Hard Drive I located two copies of an Adobe PDF file which appeared to be copies of Exhibit 20 to Mr. MacDonald's February 20th declaration he purports to be a flyer

made during 2010 for the July 5, 2010 event described in the flyer.  I located two copies of the Poche Beach Cleanup Flyer on Mr. MacDonald's Western Digital Hard Drive. Table 1 below lists the file names and selected file attributes of the two copies of the poche-flyer.pdf file.

| Name | File Created | Last Written | File Identifier | File Path |
|---|---|---|---|---|
| poche-flyer.pdf | 02/14/12 01:21:24AM | 06/15/10 08:40:44PM | 14738 | \HYDRA\Marketing and Advertising\poche-flyer.pdf |
| poche-flyer.pdf | 02/14/12 01:04:38AM | 06/15/10 08:40:27PM | 851 | \BPI Archive\Marketing and Advertising\poche-flyer.pdf |

**Table 1**

21.  I examined the file system and embedded metadata in the two "poche-flyer.pdf" files.  Although the files had a Last Written date of June 15, 2010 and a File Created data of February 14, 2012, my analysis revealed the copy of the poche-flyer.pdf file stored in the folder named "\BPI Archive\Marketing and Advertising" had been prepared on February 20, 2015.  The Last Written date normally indicates when a file was last edited.  This date will normally carry forward and not change when a file is copied from one volume (i.e. disk) to another.  The File Created data is normally updated when a file is copied from one volume to another.  The File Created date for the two files named poche-flyer.pdf of February 14, 2012 in the table above would normally indicate that the file was copied to Mr. MacDonald's Western Digital External Hard Drive on that date.  In this instance, my analysis revealed that the system used to copy the files onto Mr. MacDonald's Western Digital External Hard Drive files had its system time set back to reflect a 2012 date.

22.  On a Windows computer it is a simple matter to reset the system date and time to an arbitrary date.  During the computer's boot process the user types a key, often a function key or the delete key, to enter a setup screen where the time can be changed.  The time and date can also be change by accessing the Windows Control Panel.

23. During my review of the metadata stored in the poche-flyer.pdf in the "\BPI Archive\Marketing and Advertising" folder I observed that a field named "SourceModified" created by saving a copy of a file composed in Microsoft Word as an Adobe PDF file. In more recent versions of Microsoft Word a user can select to save "Save As" from the File and then choose "PDF" in the "Save As Type" dialog box. This will use an Adobe Acrobat plugin which is software added to Microsoft Word to create an Adobe PDF file within the Word application. The metadata as seen in the Document Properties Description tab for this copy of the poche-flyer.pdf file, depicted in Graphic 3, shows the application used to render this file was "Acrobat PDFMaker 11 for Word". It also shows a



**Graphic 4**

Created date of 2/20/2015. Under the Custom tab one can see the value stored for the SourceModified field stored by the Acrobat plugin and can be seen depicted in Graphic 4. This value is embedded in the file metadata when the PDF copy of a document is created from Microsoft Word with the Save As selection from the file menu, as described above.

24. It should also be noted that Graphic 3 shows this copy of the poche-flyer.pdf file was rendered with Acrobat



**Graphic 3**

PDFMaker version 11. This version of the Adobe Acrobat software was not released until October 2012, as is noted in Exhibit D referenced in paragraph 3 above. The poche-flyer.pdf file could not have been created in 2010.

25. Since one can see that the poche-flyer.pdf file was created on February 20, 2015 and it was copied at the same time as the other 17,000 plus files during an

approximately 20 minute period, the other files were not copied onto the hard disk in 2012, as the File Created dates would imply.  Supporting the fact that the user files on Mr. MacDonald's Western Digital Hard Drive were copied together in 2015 is the fact that the Microsoft Windows 7 File System, known as NTFS, keeps track of every file on a Windows 7 file system in a file called the Master File Table. The Master File Table keeps a file records for each file with information about the file, including size, time and date attributes, data content and a file record number.  The MFT file number for a file is also referred to as a file identifier.  The MFT records file identifier numbers sequentially.

26.  During my review I saw that the lowest file identifier for the more than 17,000 user data file copied to Mr. MacDonald's Western Digital External Hard Drive was 40.  The highest number in the sequence was 17,177 due to a number of non-user created files present.  During my forensic analysis I saw that the poche-flyer.pdf file found in the "\BPI Archive\Marketing and Advertising\" folder had the file identifier number of 831.  My analysis revealed files in the same folder as the poche-flyer.pdf with File Identifier sequence numbers in line with the poche-flyer.pdf which further shows they were copied about the same time in 2015, although they have file create dates of February 14, 2012.  This manipulation of the file dates would mislead one to conclude they were copied onto Mr. MacDonald's Western Digital External Hard Disk Drive on this 2012 date.

27.  The sequence numbers along with the fact that the files were all copied in less than twenty minutes together confirms the data on Mr. MacDonald's Western Digital External Hard Disk Drive was prepared in 2015, not in 2012, as implied by the File Created dates listed.  The system containing the files copied onto Mr. MacDonald's Western Digital External Hard Drive had system time reset to reflect a 2012 date for the copying of the files.  In addition, additional metadata in the poche-flyer.pdf file from the "\BPI Archive\Marketing and Advertising\" folder shows the system used to prepare this poche-flyer.pdf file indicates another

system, not identified or produced by Mr. MacDonald for inspection, was used to prepare this flyer and it was prepared February 20, 2015 and not in 2010 as indicated.

28.  The Adobe Acrobat plugin software which rendered the poche-flyer.pdf file, as described above, also embeds the folder of graphic files inserted into a document.  The Adobe Acrobat populates metadata of a PDF file with the path to the original file by recording the path in the ALT (alternate) Text field for a graphic file.  When a user has the Adobe PDF file open placing the mouse pointer over the graphic image displays the ALT Text, which by default will be the path of the file for the graphic image that was inserted into the document.  Graphic 5 shows the ALT Text for one of the graphic images in the poche-flyer.pdf file. Both the baseball cap graphic and the ocean graphic in the poche-flyer.pdf file list a folder



**Graphic 5**

of "C:\Users\brianmacd\Desktop".  It appears as though Mr. MacDonald composed the exhibits to his February 20, 2015 declaration, including the Poche Beach Cleanup flyer, with Lovesurf data residing on system not produced for inspection. Each of Mr. MacDonald's exhibits referred to in paragraph 7 do not appear to be original documents prepared in the normal course of business.  Each of the exhibits appears to be edited, perhaps on this system with the "Users\brianmacd" profile and home directory.

**MacDonald's Lovesurf T-Shirt Photo Exhibits**

29.  Review of the file system on Mr. MacDonald's Western Digital Hard Drive located files which appear to be digital photographs depicted in Mr. MacDonald's February 20th declaration as the exhibit numbers listed in Table 2 below.

**Lovesurf T-Shirt Photos on MacDonald External Hard Drive**

| File Name | Declaration | File Created | File Identifier |
|---|---|---|---|
| Dream-Session-Tee-2.jpg | Exhibit 1 | 02/14/12 01:05:01AM | 1202 |
| Dream-Session-Tee.jpg | Exhibit 2 | 02/14/12 01:05:01AM | 1203 |
| I-Love-Surf-Tee-2.jpg | Exhibit 3 | 02/14/12 01:05:01AM | 1204 |
| I-Love-Surf-Tee.jpg | Exhibit 4 | 02/14/12 01:05:01AM | 1205 |
| Monogram-Tee-2.jpg | Exhibit 12 | 02/14/12 01:05:01AM | 1206 |
| Monogram-Tee.jpg | Exhibit 13 | 02/14/12 01:05:01AM | 1207 |

**Table 2**

30. I examined the digital photograph files listed in Table 2 which match the corresponding exhibits in Mr. MacDonald's February 20, 2015 declaration. These t-shirt photographs found on Mr. MacDonald's Western Digital External Hard Drive were edited or otherwise manipulated from their original format. As explained above, digital photographs are normally stored in a format with a file name that starts with a number of alphabetic characters, e.g. IMG, and then will have a serial number for the photograph. In addition, metadata tags are embedded in the file by the device capturing the photograph.

31. In addition to having user assigned file names, the t-shirt photographs corresponding with Mr. MacDonald's declaration exhibits, had no EXIF metadata tags. The absence of the usual EXIF metadata is a further indication that these digital photograph files on Mr. MacDonald's Western Digital External Hard Drive shows the files had been edited. The use of the Photoshop graphic editing program I describe above is consistent with editing these t-shirt images and saving them with the filenames in Table 2. The File Created times, along with the MFT File Identifier sequence numbers show these t-shirt graphic files were copied during the approximate 20 minute copy onto Mr. MacDonald's Western Digital External Hard Disk Drive in 2015, so file dates for the file are not accurate.

32. Further forensic analysis of the t-shirt graphics or inspection of Mr.

MacDonald's computer with the "brianmacd" profile and folders may confirm the extent to which the t-shirt graphic file on Mr. MacDonald's Western Digital External Hard Disk Drive were edited. Exhibit F is a file list with selected attributes for files which matched the exhibits described in paragraph 7 above on Mr. MacDonald's Western Digital External Hard Drive and USB Flash Drive.

### MacDonald's Bundlepower.com Graphics

33. My review of Mr. MacDonald's Western Digital External Hard Drive located graphic images which appeared to match the Bundlepower.com images purported to be archived copies of the Bundlepower.com electronic commerce web site for Lovesurf t-shirts. Table 3 below shows the graphic files on Mr. MacDonald's Western Digital External Hard Drive corresponding to the exhibits in Mr. MacDonald's February 20, 2015 declaration.

**Bundlepower Graphics on MacDonald External Hard Drive**

| File Name | Declaration | File Created | Last Written | File Identifier |
|---|---|---|---|---|
| Bundlepower-I-Love-Surf-Tee-08.png | Exhibit 7 | 02/14/12 01:04:51AM | 08/15/11 10:24:10AM | 986 |
| Bundlepower-Dream-Session-Tee-08.png | Exhibit 8 | 02/14/12 01:04:51AM | | 985 |
| Bundlepower-Lovesurf-Dream-Session-Tee-08-11.jpg | Exhibit 5 | 02/14/12 01:04:51AM | | 987 |
| Bundlepower-Lovesurf-I-Love-Surf-Tee-08-11.jpg | Exhibit 6 | 02/14/12 01:04:51AM | | 988 |
| Cafepress-Dream Session Tee proto -listing.png | Exhibit 9 | 02/14/12 01:04:55AM | | 1109 |

**Table 3**

34. Mr. MacDonald describes the source of Exhibits 5 – 9 in his February 20, 2015 declaration as having been "taken from August 15, 2011 Internet listings which is reflected in the metadata at the top of each exhibit confirming the dates of the Internet advertisement listings." Mr. MacDonald fails to explain what "Internet advertising listings" he is referring to. In addition, he is aware that files have embedded metadata dates. Without other data to corroborate file dates, the metadata in a file alone is not confirmation. As I show in my analysis of the poche-

flyer.pdf document above, dates can easily be manipulated on a Windows computer.

35.Mr. MacDonald's seems to be implying he downloaded the Bundlepower.com web page images from an independent archive on the Internet, however, it is not clear. I search for archived Bundlepower.com pages on Mr. MacDonald's Western Digital External Hard Drive and did not see any archived Bundlepower.com web pages. I did see graphic design files which contained mockup copies or graphic content in Adobe Photoshop files which apparently were in the process of being edited.

36. Graphics purported to be archived bundlepower.com web pages are more consistent with web page design mockups present on Mr. MacDonald's Western Digital External Hard Drive. In the folder with the following path "\BPI Archive\Web Development\2a Version 2.0 Design\PSD PAGES-Side Studios\" I located a file called "bundlePower-ProductDetails-Bundled.psd". This file is an Adobe Photoshop graphic design file. I opened the file in Adobe Photoshop and observed that the page assembled in the bundlePower-ProductDetails-Bundled.psd file included a complex assortment of graphic elements and layers. Adobe Photoshop is an industry-leading graphic design program with powerful tools to manipulate graphic images, including those that make up a potential web page. Graphic 6 shows this design copy of a potential Bundlepower



**Graphic 6**

web page that was stored on Mr. MacDonald's Western Digital External Hard Drive and was not part of supposed "Internet advertisement listings".

37. The graphic files matching Exhibits 5 – 9 in Mr. MacDonald's February 20, 2015 declaration are consistent with graphics that have been composed to appear to be the content of a web page, however, these graphic files do not show any content that indicates they were live content and not simply displayed on-screen with Adobe Photoshop.  If the Mr. MacDonald's Exhibits 5 – 9 had been live web pages, one might expect to see at least a portion of the browser to indicate the web address the page could be found, however, one might use the screen capture utility and select only the content within the browser window.

38.  The content in the bundlepower.com graphic files which match the exhibits in Mr. MacDonald's declaration list a product category of "Apparel" and subcategory of "Women's T-Shirts".  As I detail below I reviewed copies of the Bundlepower.com web site on an Internet site dedicated to archive, among other things, web pages on the Internet.  This archive is known as the Internet Archive and is available at the web address of archive.org.  I entered the bundlepower.com web domain and then browsed to an archived page for the bundlepower.com page for August 10, 2011. This was the closest data to the August 15, 2011 date Mr. MacDonald cites in his declaration.  Graphic 7 is a screen capture of the Bundlepower.com web page archived on August 10, 2011 by the Internet Archive.



**Graphic 7**

39.  The Internet Archive is a web site dedicated to creating a library of Internet sites accessible to the general public.  The Internet Archive's library of web sites is said to number 455 billion sites and is accessed by entering the web address of archive.org in a web browser. The following is a statement on the Internet Archive main web page:

> The Internet Archive, a 501(c)(3) non-profit, is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, the print disabled, and the general public.

40.  The Internet Archive uses an automatic process to access web sites referred to as crawling a web site.  A particular web site can also be requested to be archived.  Both web sites crawled automatically and requested web sites are added to the Internet Archive library and made available via the web.  The Internet Archive search feature for web sites in their library is also commonly referred to as the Wayback Machine.  When s user visits archive.org they can enter the web site address in a search box.  If the particular site has been captured on the Internet Archive, the visitor is presented with a calendar list highlighting the dates the particular web site was captured on the Internet Archive.  One can click on a particular date to see the web site as it was stored in the normal course of the Internet Archive's crawling the web.  Once a user selects particular date available for the web page, the copy of the web site is rendered in the user's browser and an Internet Archive tool bar is presented at the top of the web page in order to navigate the copies of the web page stored on the Internet Archive site.  Graphic 8 below depicts the top portion of the Internet Archive page after a search for BundlePower.com was performed and provides information as to the total number of times this site was captured and when.



**Graphic 8**

41.  I reviewed the web pages captured on the Internet Archive for the BundlePower.com web site.  There were 112 instances when the BundlePower.com main web page captured on the Internet Archive between September 13, 2010 and August 18, 2013.  In addition to the main BundlePower.com web site some of the pages accessed by links within the main page were also occasionally captured.  The captures from the BundlePower.com web site provide a sampling of the content on BundlePower.com and the products offered on the web site during the dates listed above. Exhibit G is a screen capture of the BundlePower.com web site as archived to the Internet Archive on September 13, 2010.

42.      Mr. MacDonald claims his BundlePower.com web site listed "Lovesurf clothing for sale", however, review of pages stored on the Internet Archive from September 2010 through August 2013 revealed the BundlePower.com online commerce site did not list either an "Apparel" or a "Women's T-Shirts" category. In addition, all of the products listed in the captured web pages appear to be other branded products for resale, not Lovesurf branded products. No Lovesurf branded products were observed listed in any of the Internet Archive pages captured for the BundlePower.com web site.  I reviewed underlying code for the BundlePower.com web pages captured on the Internet Archive for the existence of "Apparel" or "Women's T-shirts" categories to determine if the categories may have existed but

were not rendered on the screen for some reason.  The text code that is transferred when a browser visits a particular web site sends the instructions to the browser program needed to render the elements on the web page, such as menu items.  I reviewed all the web page code for all the Bundlepower.com pages captured on the Internet Archive and saw that none of the pages listed "Apparel" or "Women's T-Shirts" categories.  Exhibit H is the list of categories embedded in the BundlePower.com web page dated August 10, 2011, which is the closest date to August 15, 2011Mr. MacDonald claims in his February 20, 2015 declaration for the purported Bunblepower.com screen images.

## Forensic Analysis of MacDonald USB Flash Drive

43.  On March 31, 2015, DTI obtained a forensic image backup of a USB flash drive used by Mr. MacDonald.  The Flash drive was marked "www.janrain.com" and has a capacity of 60 MB.

44.  My review of the flash drive revealed the device only contained the following two files, named "bundlepower-order-295-08-23-11.zip" and "bundlepower-order-295-08-23-11.pdf".   The file named "bundlepower-order-295-08-23-11.zip" is an archive file containing another copy of the file named "bundlepower-order-295-08-23-11.pdf".  Both file named "bundlepower-order-295-08-23-11.zip" and the file "bundlepower-order-295-08-23-11.pdf" had File Created and Last Written dates of March 20, 2015.

45.  The file bundlepower-order-295-08-23-11.pdf is purported to be an order acknowledgement of an online order on Bundlepower.com.  I reviewed the data on the three devices provided by Mr. MacDonald and described above.  I did not see any other documents that looked like this order acknowledgement nor was there any content located that would indicate an order acknowledgement was a regular practice with the Bundlepower.com electronic commerce site.

46. The bundlepower-order-295-08-23-11.pdf document appears to be

another example of content prepared so that it would appear to be a record maintained in the normal course of business, however, the data on the devices produced by Mr. MacDonald does not support this.  The bundlepower-order-295-08-23-11.pdf does not exist Mr. MacDonald's Dell Desktop PC nor on his Western Digital External Hard Disk Drive.  If these PDF and ZIP files were copied onto the USB Flash drive on March 20, 2015, where were the files stored previously?  Perhaps a version of this file is stored on the computer with the "brianmacd" profile and folders.

## **Anomalies in MacDonald Bundlepower.com Pages**

47.  Review of the BundlePower.com web pages captured on the Internet Archive also revealed additional anomalies in the graphic images submitted by Mr. MacDonald which he described as Internet listings for the Bundlepower.com web site.  Comparison of the BundlePower.com web pages stored on the Internet Archive with Exhibits 5 – 9 to Mr. MacDonald's declaration indicate the Exhibits do not depict copies of the live Bundlepower.com web pages.

Analysis of the content of the screen images MacDonald claims are Internet listings for the Bundlepower.com web site shows that just below the BundlePower name at the top of the page are the words "Shop, Share & Save" displayed on the web pages captured by the Internet Archive.  This text is missing from Mr. MacDonald's exhibits purported to be BundlePower.com web pages.

48.  In addition to the missing "Shop, Share & Save" text in Mr. MacDonald's graphic images, there are also other common elements included in the BundlePower.com web pages captured on the Internet Archive which are also missing.  The BundlePower.com web pages captured on the Internet Archive show a "Related Products" and a "People who viewed this also viewed" sections.  These listing of other products on the BundlePower.com web site are in all the BundlePower.com web pages I reviewed on the Internet Archive but are not in Mr.

MacDonald's graphic images purported to depict the BundlePower.com web site.

49.  The Internet Archive also captured copies of the Lovesurf.com web site. The earliest capture of the Lovesurf.com web site that mentions surf apparel was captured during December 2012.

50.  The web site copies captured on the Internet Archive of the Lovesurf.com web site show that the content on the web site was related to online dating as late as June 2012.  Exhibit I is a copy of the Lovesurf.com web site as captured on the Internet Archive on June 5, 2012.  This Lovesurf.com web page shows the content on the Loveurft.com web site was related to an online dating site for an organization listed on the page as "White Label Dating Solutions."  Review of the Internet Archive shows they first captured Lovesurf surfwear content on December 8, 2012.  Graphic 9 below is a screen capture of the content on Lovesurf.com on as viewed on the Internet Archive for December 8, 2012.



**Graphic 9**

51.  I obtained Internet domain information for the Lovesurf.com domain from an online domain registration research site know as Domaintools.com.  This website tracks domain registration information provided to domain registrars by owners and administrators of web domains.  The "About Us" link on

domaintools.com provides the following:

> *DomainTools has over eight billion domain name Whois records going back over 14 years and another 9 billion related DNS data points to build a map of 'who's doing what' on the Internet. Government agencies, Fortune 500 companies and leading security firms use our data as a critical ingredient in their threat investigation and cybercrime forensics work.*

52. Domain history information retrieved from Domaintools.com includes whois information that shows the Lovesurf.com domain was first registered to Luvsurf, with the address of 2377 S. El Camino Real #203, San Clemente, California on October 25, 2012. Whois information is a standard query on the Internet to obtain information about a domain from the registrar of the domain. Domaintools.com's database includes whois information from registrars of domains. As referenced in paragraph 3 above, a Domain History report from Domaintools.com for the Lovesurf.com domain is appended as Exhibit B. The Domain History report also shows that as of October 10, 2012 the registrant for the Lovesurf.com domain was a person named Alan Dodd with an address and phone number in Leinster, Ireland.

53. A Domain History report for the Luvsurf.com domain was obtained. As referenced in paragraph 3 above, The Domain History Report for the Luvsurf.com domain is appended as Exhibit C. The Domain History report for Luvsurf.com show this domain was first registered to Luvsurf with the address of 2377 S. El Camino Real #203, San Clemente, California on October 12, 2012.

54. In may analysis of Mr. MacDonald's Dell Desktop PC I observed folders indicating the cloud storage service known as box.com was used to synchronize files. During my review of Mr. MacDonald's devices described above revealed no email account data was produced by Mr. MacDonald for inspection.

55.    My observations in this declaration are based on a preliminary review of the items described in paragraph 4 above.  I anticipate preparing a supplemental declaration if I am provided access to additional sources of data, including cloud storage or email accounts or additional devices, such as the computer with the "brianmacd" profile and folders, and perform additional forensic analysis. I may also supplement my opinions expressed in this declaration if additional analysis of the data referenced in this declaration becomes necessary.

//

//

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Antonio, Texas on this 20th day of April, 2015.

_____
Peter Garza

# EXHIBIT A



# Curriculum Vitae

## Peter Garza
Managing Director | Forensic West

DTIGLOBAL.COM

8380 MAPLE PLACE | SUITE 140

RANCHO CUCAMONGA | CALIFORNIA  91730

M  909 | 994 | 3487

O  909 | 758 | 5405

PGARZA@DTIGLOBAL.COM

## Professional Experience

**DTI, Forensic West – Managing Director**                                    *June 2012 to Present*

Supervises computer forensics consulting and forensic data acquisition staff for west coast offices of DTI. Provides expert consulting in computer forensics and electronic discovery projects.  Offers expert services to clients and provides case management and consulting in computer forensics for high-profile and high-stakes litigation assignments.  Oversees the DTI computer forensic laboratory, forensics protocols and forensics staff training for the west coast.

**Data Forté Corporation – President**                                    *2009 to June 2012*

Founded Data Forté and continued to apply experience gained as an expert in computer forensics in hundreds of civil litigation cases.  The lead consultant at Data Forté, worked on cases involving the theft of intellectual property, contract disputes, human resources litigation, defending class-action law suits and computer intrusion incident response. Led a team of experienced computer forensics analysts from the southern California based computer forensics laboratory. Cases with Data Forté included forensic consulting for one of the largest U.S. toy manufacturers in a theft of trade secrets case  and a large electronics firm whose online gaming network was hacked.

**First Advantage Litigation Consulting – Senior Vice President**                                    *2006 to 2009*

Worked as the senior computer evidence consultant on the West Coast for First Advantage Litigation Consulting, a top international electronic discovery service provider. Continued to work with top law firms in planning and executing large electronic discovery engagements and as an expert consultant in computer forensics. Applied extensive experience in large enterprise computing environments to help clients deal effectively with challenging electronic discovery projects. Continued to provide expert testimony on computer forensic analysis engagements in State and Federal courts.

**EvidentData, Inc. – President and Founder**                                    *1999 to 2006*

As a consultant in computer forensics, whereas case assignments included working as an independent expert, court-appointed special master, or otherwise advising courts on computer forensics and electronic discovery matters. Offered a broad background in recovering and processing electronic records generated in widely varying computer operating environments. Founded EvidentData in 1999, which was later acquired by First Advantage in 2006. Experience with EvidentData includes service as a computer evidence expert for the lead plaintiffs in the prominent case against Arthur Andersen and the Board of Directors of Enron.  In addition, performed forensic analysis and proffered expert testimony in theft-of-trade secrets cases, notably a successful lawsuit brought by sports agent Leigh Steinberg resulting in a $45 million verdict.



**Naval Criminal Investigative Service – Special Agent**                    *1989 to 1999*

Served as a Special Agent with the Naval Criminal Investigative Service conducting and supervising investigations. Recovered and analyzed computer evidence in cases that ranged from electronic business records used to expose defense procurement fraud to residual computer data used in criminal and counterintelligence investigations. Conducted the first court-ordered Internet wiretap in the United States while investigating the "El Griton" hacker case. The Argentine was convicted of using Harvard University's computer network as a staging point to hack in to computer networks at the Department of Defense, NASA, and other U.S. and foreign research sites.

## Expert Consulting

**Expert Consulting in Computer Evidence Protocols**

Often called upon to craft or review proposed protocols for the review of a producing party's enterprise systems and balance production obligations with the protection of proprietary and sensitive information.

**Computer Forensics and Electronic Discovery Consulting**

Routinely works with companies and their counsel, from pre-litigation investigation through to trial. Assists with identifying the universe of data, and then preserving and investigating relevant sources of electronic evidence.

**Special Master/Independent Expert for Court**

Serves as a special master or independent expert in electronic evidence. Works with litigants to resolve electronic evidence issues including crafting acceptable computer evidence acquisition protocols, search and analysis protocols, and advising on proper privilege review by legal staff and methods of production to opposing party.

**Expert Testimony**

Has qualified as a testifying expert in computer forensics in Federal and State courts. Cases have included testimony regarding operating system and software artifacts recovered in computer forensic analysis, testimony to show the failure to produce data, testimony in the analysis of metadata of questioned documents, and testimony regarding indicators of the use of evidence destruction software.

## Case Examples

**Electronic Discovery Consulting in Large Production**

Consulted with a healthcare provider who had used IT vendor to collect computer media across many locations with a large number of users. With a deadline looming, worked with outside counsel to plan and execute the processing of over one thousand items of electronic media with sparse information from IT vendor.

**Independent Expert in Theft of Trade Secrets Case**

Developed protocol to properly acquire evidence within defendant's enterprise and perform forensic analysis. Identified proprietary information at issue in litigation, removed plaintiff's data from defendant's systems, and reported findings to court.



**Computer Forensics in Contract Dispute**

Examined metadata in questioned documents.  Metadata analysis showed opposing expert had missed crucial data, and that metadata showed documents had been edited as plaintiff claimed.

**Computer Forensics in Theft of Trade Secrets**

Recovered remnant data which confirmed theft of proprietary data by former employees of technology company. Inspection order is obtained and additional evidence is recovered from defendant's computers further confirming the theft.

**Expert Consulting in Production to Government Agency**

Worked with client's counsel to respond to Department of Justice investigation.  Directed forensic analysis of relevant user workstations.  Met with Assistant U.S. attorney and successfully refuted charge of tampering with electronic evidence.

**Computer Incident Response and Remediation**

Lead investigator in responding to a computer intrusion that the unauthorized access to the online report of compromise of popular web commerce site.  Directed investigation, assisted with reporting to appropriate jurisdiction, and consulted on remediation plan.

**Internet Investigations**

Prepared and executed the first court-ordered wiretap on an Internet connected network, exposing an Argentine computer hacker using Harvard University's network to compromise research-facility computer networks at the Department of Defense, NASA, and elsewhere around the world.  The case was announced by U.S. Attorney General Janet Reno in March 1996.

## Other Relevant Experience

- Designs protocols for computer forensics lab which he continues to manage
- Provides industry and CLE presentations to law firms and conferences
- Directs internal and evaluates external training programs to develop staff  in computer forensics analysis, data acquisition and consulting

## Education

- Master of Science in Information Systems, Claremont Graduate University, 2001
- Bachelor of Business Administration, National University, 1988

## Teaching

- California State Polytechnic University, Pomona, 2004
  Graduate course in advanced computer forensics,
  Computer Information Systems Department

- Computer Security Institute, 2001-2002
  Management of Information Technology Investigations
  Technical recovery of Electronic Evidence

## Relevant Training

Coursework successfully completed in investigative and computer-evidence topics including: criminal investigations, advanced interviewing, International Association of Computer Investigative Specialists computer seizure and computer-forensics examination, network-intrusion detection, Novell Networking Technologies, UNIX system administration, and Federal Law Enforcement Training Center Telecommunications Fraud and Computer Evidence Analysis Training Programs. Various Guidance Software Encase courses, AccessData Forensic Tool Kit (FTK) courses, along with other computer forensics training courses.

## Expert Deposition and Trial Testimony

- **Callaway Golf Company vs. Bryan Zender,** Case No. 37-2008-00057540-CU-BT-NC (Superior Court, County of San Diego, California), October 2008

- **Digital Reg of Texas, LLC vs. LFP Internet Group, LLC, et. al.** Civil Action No. 6:07cv467-LED (U.S. District Court, Eastern District of Texas, Tyler Division), October 2009.

- **Asahi Kasei Pharma Corporation vs. Actelion LTD, et. al.** Case No. CIV 478533 (Superior Court, County of San Mateo, California), October 2010.

- **Paul Banks v. General Atomics, et al.; General Atomics v. Paul Banks, et al.,** Case No. 37-2009-00084081-CU-BC-CTL (Superior Court, County of San Diego, California), October 2011.

*A complete list of cases in which Mr. Garza has provided trial or deposition testimony as a computer forensics expert is available upon request.*

## Professional Memberships

- High Technology Crime Investigation Association,
  Past President of Southern California Chapter

- International Association of Computer Investigative Specialists

- Forensic Expert Witness Association



Peter Garza
Managing Director
Curriculum Vitae

**Expert Testimony**

I have submitted declarations or affidavits as an expert in computer forensics on over one hundred occasions. The following is a list of cases in which I have provided computer forensics expert testimony at deposition or trial.

McMillan, Eldon, et al., v. Chrysler Corporation, et al., Case No. 99-9013-278-06 (District Court (278th District), Madison County, Texas), January 2002.

Cliff, Donald v. Daimler-Chrysler Corporation, et al., Case No. 3:01-CV-186 (Eastern District, Tennessee), April 2002.

Comps Infosystems, et al., v. Andrew Blount, et al., Case No. 00697714 (Superior Court, County of San Diego, California), April 2002.

People vs. Stephan Shoemaker, et al., Case No. 9SB04308 (Superior Court, County of Los Angeles, California), May 2002.

McKibbons, Phillip v. International Business Machines, Inc., et al., Case No. CV-99-04465 (U.S. District Court, Central District of California), September 2002.

Steinberg, Moorad & Dunn, Inc. v. David Dunn, et al., Case No. 01-7009 RSWL (U.S. District Court, Central District of California), October 2002.

Madison/Graham Colorgraphic, Inc. v. Graphic Press, Inc., et al., Case No. 00CC12959 (Superior Court, County of Orange, California), April 2003.

Beckman Coulter, Inc. v. Dovatron International, Inc., et al., Case No. 01CC08395 (Superior Court, County of Orange, California), July 2003.

Ampac JV Group, et al., v. General Motors Corporation, et al., Case No. BC 206274 (Superior Court, County of Los Angeles, California), December 2004.

Epiphany, Inc. v. Sigma Dynamics, Inc., et al., Case No. 439133 (Superior Court, County of San Mateo, California), May 2005.

Creative Science Systems, Inc., v. Forex Capital Markets, LLC, et al., Case No. C04-03746 JF (U.S. District Court, Northern District of California), March 2006.

Bowlby, Laurie v. McKernan, Mackenzie Scott, Case No. RFL-043564 (Superior Court, County of San Bernardino, California), May 2006.

Julie Hollen v. Glendale Unified School District, et al., Case No. EC040414 (Superior Court, County of Los Angeles, California), August 2006.

Caruso Affiliated Holdings, LLC v. General Growth Properties, Inc., Case No. EC 038518 (Superior Court, County of Los Angeles, California), July 2007.

Peter Garza                                          **Expert Testimony**

<u>Seth D. Bulow, M.D. v. North County OB-GYN Medical Group, Inc.,</u> Case No. GIC 854573 (Superior Court, County of County of San Diego), September 2007.

<u>Amerigraphics v. Bloom et al.,</u> Case No. BC 331524 (Superior Court, County of Los Angeles, California), October 2007.

<u>Callaway Golf Company v. Bryan Zender,</u> Case No. 37-2008-00057540-CU-BT-NC (Superior Court, County of San Diego, California), October 2008.

<u>Ceryx Asset Recovery LLC v. Cummings West Inc., et al.,</u> Reference No.  1220035720 (Judicial Arbitration and Mediation Service, Los Angeles, California), November 2008.

<u>United States v. Robert J. Therrien,</u> Case No.  07-102380MLW (U.S. District Court, District of Massachusetts), December 2008.

<u>Digital Reg of Texas, LLC v. LFP Internet Group, LLC, et al.</u> Civil Action No.  6:07cv467-LED (U.S. District Court, Eastern District of Texas, Tyler Division), October 2009.

<u>Asahi Kasei Pharma Corporation v. Actelion LTD, et al.</u> Case No. CIV 478533 (Superior Court, County of San Mateo, California), October 2010.

<u>Paul Banks v. General Atomics, et al.; General Atomics v. Paul Banks, et al.,</u> Case No. 37-2009-00084081-CU-BC-CTL (Superior Court, County of San Diego, California), October 2011.

<u>Ajaxo, Inc., v. E*Trade Group, Inc., et al.,</u> Case No. 1-00.CV-793529 (Superior Court, County of Santa Clara), February 2012.

<u>Eurecat US, LLC v. Chem32, et al.,</u> Case No. 2012-25700 (District Court of Harris County, Texas), December 2013

<u>Cynthia Espino v. John Mahon, et al.,</u> Case No. 56-2013-00430924-CU-BT-VTA (Superior Court, County of Ventura, California), August 2014

# EXHIBIT B



# Domain Report - LoveSurf.com

Domain Name    **LoveSurf.com**

Prepared On    **February 24, 2015**



Website Screenshot taken 09/10/2014

# About This Report

This report documents a thorough analysis of the Internet domain name "**LoveSurf.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2015 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of February 24, 2015*

## Ownership

| | |
|---|---|
| Registered Owner | **LoveSurf Inc.** |
| Owned Domains | **About 24 other domains** |
| Email Addresses | **abuse@moniker.com** |
| | **admin@lovesurf.com** |
| Registrar | **moniker online services llc** |

## Registration

| | |
|---|---|
| Created | **Nov 27, 2009** |
| Expires | **Nov 27, 2020** |
| Updated | **Sep 18, 2014** |
| Domain Status | **No Website** |
| Whois Server | **whois.moniker.com** |
| Name Servers | **dynect.net** |

## Network

| | |
|---|---|
| Website IP Address | **23.227.38.32** |
| IP Location | **Canada-Ontario-Ottawa** |
| | **Shopify Inc.** |
| IP ASN | **AS62679** |

## Website

| | |
|---|---|
| Site Title | **LOVESURF Swim-to-Gym Apparel ~ made for the mermaid ~** |
| Meta Description | **Shop LoveSurf for active swimwear designed for surfing, swimming, SUP, yoga and outdoor recreation. Handmade in-house in the USA. Now shipping worldwide.** |

 © 2015 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Feb 24, 2015*

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
```

 © 2015 DomainTools, LLC All Rights Reserved

```
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for LoveSurf.com

DomainTools has 37 distinct historical ownership records for LoveSurf.com. The oldest record dates Jul 5, 2001. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2015 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 23, 2015



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 20, 2015



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 5, 2014



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 4, 2014



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

## Whois Record on Nov 30, 2014



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 18, 2014



Screenshot taken Sep 10, 2014

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-09-18T16:36:33.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2020-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID: P-DZA6106
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID: P-DZA6106
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID: P-DZA6106
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

© 2015 DomainTools, LLC All Rights Reserved

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID: P-DZA6106
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

# Whois Record on Jul 24, 2014



Screenshot taken Oct 21, 2013

```
Domain Name: lovesurf.com
Registry Domain ID: 1577188991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2014-05-13T03:16:36.0Z
Creation Date: 2009-11-27T19:25:00.0Z
Registrar Registration Expiration Date: 2018-11-27T19:25:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID: P-DZA6106
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID: P-DZA6106
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID: P-DZA6106
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.p10.dynect.net
```

© 2015 DomainTools, LLC All Rights Reserved

```
Name Server: ns2.p10.dynect.net
Name Server: ns3.p10.dynect.net
Name Server: ns4.p10.dynect.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID: P-DZA6106
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on May 15, 2014



Screenshot taken Oct 21, 2013

```
Domain Name: LOVESURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.P10.DYNECT.NET
        NS2.P10.DYNECT.NET
        NS3.P10.DYNECT.NET
        NS4.P10.DYNECT.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2014-05-12 23:16:30.443
        Domain Expires on:       2018-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 21, 2013

```
Domain Name: LOVESURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.P10.DYNECT.NET
        NS2.P10.DYNECT.NET
        NS3.P10.DYNECT.NET
        NS4.P10.DYNECT.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2013-06-06 02:11:18.253
        Domain Expires on:       2017-11-27 14:25:00.0
```



Screenshot taken Oct 21, 2013

LoveSurf.com    © 2015 DomainTools, LLC All Rights Reserved    22

## Whois Record on Oct 17, 2013

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.P10.DYNECT.NET
        NS2.P10.DYNECT.NET
        NS3.P10.DYNECT.NET
        NS4.P10.DYNECT.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2013-06-06 02:11:18.253
        Domain Expires on:       2017-11-27 14:25:00.0
```



Screenshot taken Mar 28, 2013

## Whois Record on Aug 8, 2013

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.P10.DYNECT.NET
        NS2.P10.DYNECT.NET
        NS3.P10.DYNECT.NET
        NS4.P10.DYNECT.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2013-06-06 02:11:18.253
        Domain Expires on:       2017-11-27 14:25:00.0
```



Screenshot taken Mar 28, 2013

# Whois Record on Jun 7, 2013



Screenshot taken Mar 28, 2013

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.P10.DYNECT.NET
        NS2.P10.DYNECT.NET
        NS3.P10.DYNECT.NET
        NS4.P10.DYNECT.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2013-06-06 02:11:18.253
        Domain Expires on:       2017-11-27 14:25:00.0
```

## Whois Record on Mar 2, 2013

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS-292.AWSDNS-36.COM
        NS-702.AWSDNS-23.NET
        NS-1510.AWSDNS-60.ORG
        NS-1637.AWSDNS-12.CO.UK

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2013-02-28 02:28:50.883
        Domain Expires on:       2017-11-27 14:25:00.0
```

## Whois Record on Dec 28, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS-292.AWSDNS-36.COM
        NS-702.AWSDNS-23.NET
        NS-1510.AWSDNS-60.ORG
        NS-1637.AWSDNS-12.CO.UK

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2012-12-02 17:59:51.19
        Domain Expires on:       2013-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 29, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@luvsurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS-292.AWSDNS-36.COM
        NS-702.AWSDNS-23.NET
        NS-1510.AWSDNS-60.ORG
        NS-1637.AWSDNS-12.CO.UK

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2012-11-28 02:33:03.83
        Domain Expires on:       2013-11-27 14:25:00.0
```

## Whois Record on Oct 26, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.115
        NS2.MONIKERDNS.NET        50.57.19.149
        NS3.MONIKERDNS.NET        207.189.109.116
        NS4.MONIKERDNS.NET        50.57.11.91

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2012-10-25 00:22:58.2
        Domain Expires on:        2013-11-27 14:25:00.0
```

## Whois Record on Oct 19, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [3131602]:
        Moniker Privacy Services BUNDLEPOWER.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [3131602]:
        Moniker Privacy Services BUNDLEPOWER.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.5032070147
        Fax:   +1.9545859186

Billing Contact [3131602]:
        Moniker Privacy Services BUNDLEPOWER.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.5032070147
        Fax:   +1.9545859186

Technical Contact [3131602]:
        Moniker Privacy Services BUNDLEPOWER.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.5032070147
        Fax:   +1.9545859186

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.115
        NS2.MONIKERDNS.NET        50.57.19.149
        NS3.MONIKERDNS.NET        207.189.109.116
        NS4.MONIKERDNS.NET        50.57.11.91

        Record created on:        2009-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

```
Database last updated on: 2012-10-17 18:20:31.49
Domain Expires on:        2013-11-27 14:25:00.0
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 10, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE

Administrative Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Billing Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Technical Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Domain servers in listed order:

        MD1.CAERUSSOLUTIONS.NET
        MD2.CAERUSSOLUTIONS.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2012-10-02 11:57:59.29
        Domain Expires on:       2013-11-27 14:25:00.0
```

## Whois Record on Jun 29, 2012

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE

Administrative Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Billing Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Technical Contact [3853631]:
        Alan Dodd beaker@coalbucket.net
        CoalBucket.com
        Anglesea Mills
        9 Anglesea Row
        Dublin 7
        LEINSTER
        n/a
        IE
        Phone: +353.860781092

Domain servers in listed order:

        MD1.CAERUSSOLUTIONS.NET
        MD2.CAERUSSOLUTIONS.NET

        Record created on:      2009-11-27 14:25:00.0
        Database last updated on: 2012-05-30 10:18:04.23
        Domain Expires on:      2012-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 22, 2011

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        MD1.CAERUSSOLUTIONS.NET
        MD2.CAERUSSOLUTIONS.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2011-10-17 12:04:27.763
        Domain Expires on:       2012-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 15, 2011

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        MD1.CAERUSSOLUTIONS.NET
        MD2.CAERUSSOLUTIONS.NET

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2011-09-14 16:03:31.94
        Domain Expires on:        2011-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 14, 2011

No adjacent screenshot
available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        MD1.CAERUSSOLUTIONS.NET
        MD2.CAERUSSOLUTIONS.NET
        MD3.CAERUSSOLUTIONS.NET

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2011-09-14 07:52:01.903
```

```
Domain Expires on:        2011-11-27 14:25:00.0
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 11, 2011

No adjacent screenshot available for this date.

```
Domain Name: LOVESURF.COM
Registrar: MONIKER

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        NS1.SEDOPARKING.COM
        NS2.SEDOPARKING.COM


        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2011-03-10 13:53:51.37
        Domain Expires on:        2011-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 24, 2010

No adjacent screenshot available for this date.

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LOVESURF.COM
Registrar: DOMAINSYSTEMS

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
```

© 2015 DomainTools, LLC All Rights Reserved

```
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:    +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:    +353.14151252

Domain servers in listed order:

        NS1.SEDOPARKING.COM
        NS2.SEDOPARKING.COM

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2010-11-22 13:17:18.907
        Domain Expires on:        2011-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 31, 2010

No adjacent screenshot available for this date.

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LOVESURF.COM
Registrar: DOMAINSYSTEMS

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
```

© 2015 DomainTools, LLC All Rights Reserved

```
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        NS1.DOMAINSERVICE.COM        208.73.210.41
        NS2.DOMAINSERVICE.COM        208.73.211.42

        Record created on:       2009-11-27 14:25:00.0
        Database last updated on: 2010-09-21 19:17:29.387
        Domain Expires on:       2011-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 7, 2010

No adjacent screenshot available for this date.

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LOVESURF.COM
Registrar: DOMAINSYSTEMS

Registrant [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE

Administrative Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Billing Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
```

LoveSurf.com © 2015 DomainTools, LLC All Rights Reserved 46

```
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Technical Contact [1629314]:
        Alan Dodd beaker@coalbucket.net
        Autopay Ireland Ltd t.a coalbucket.com
        Unit 24
        Guinness Enterprise Centre
        Dublin
        n/a
        n/a
        IE
        Phone: +353.14151251
        Fax:   +353.14151252

Domain servers in listed order:

        NS1.DOMAINSERVICE.COM         208.73.210.41
        NS2.DOMAINSERVICE.COM         208.73.211.42

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2010-07-26 21:58:26.113
        Domain Expires on:        2010-11-27 14:25:00.0
```

LoveSurf.com    © 2015 DomainTools, LLC All Rights Reserved    47

## Whois Record on Mar 20, 2010

No adjacent screenshot available for this date.

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LOVESURF.COM
Registrar: DOMAINSYSTEMS

Registrant [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE

Administrative Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
        Phone: +1.5312836370
        Fax:   +1.5312836372

Billing Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
```

 © 2015 DomainTools, LLC All Rights Reserved

```
        Phone: +1.5312836370
        Fax:   +1.5312836372

Technical Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
        Phone: +1.5312836370
        Fax:   +1.5312836372

Domain servers in listed order:

        NS1.DOMAINSERVICE.COM        208.73.210.41
        NS2.DOMAINSERVICE.COM        208.73.211.42

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2010-03-18 12:23:20.277
        Domain Expires on:        2010-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 29, 2009

No adjacent screenshot available for this date.

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LOVESURF.COM
Registrar: DOMAINSYSTEMS

Registrant [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE

Administrative Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
        Phone: +1.5312836370
        Fax:   +1.5312836372

Billing Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
```

© 2015 DomainTools, LLC All Rights Reserved

```
        Phone: +1.5312836370
        Fax:   +1.5312836372

Technical Contact [8562]:
        Alan Dodd info@autoweb-ireland.com
        CoalBucket.com
        28 Sth Frederick Street
        Dublin
        Leinster
        9999
        IE
        Phone: +1.5312836370
        Fax:   +1.5312836372

Domain servers in listed order:

        NS1.SEDOPARKING.COM
        NS2.SEDOPARKING.COM

        Record created on:        2009-11-27 14:25:00.0
        Database last updated on: 2009-11-28 15:33:17.887
        Domain Expires on:        2010-11-27 14:25:00.0
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 25, 2009

`No match for "lovesurf.com" in the registrar database.`

No adjacent screenshot available for this date.

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 19, 2009

No adjacent screenshot available for this date.

```
Registrant:
    Electronic Communities Pty Ltd
    PO Box 5241
    Middle Park, VIC 3206
    Australia

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: LOVESURF.COM
        Created on: 09-Sep-04
        Expires on: 09-Sep-09
        Last Updated on: 18-Sep-09

    Administrative Contact:
        Merlin, Michael   mm@ecoms.com
        Electronic Communities Pty Ltd
        PO Box 5241
        Middle Park, VIC 3206
        Australia
        +61.61396860990     Fax --

    Technical Contact:
        Merlin, Michael   mm@ecoms.com
        Electronic Communities Pty Ltd
        PO Box 5241
        Middle Park, VIC 3206
        Australia
        +61.61396860990     Fax --

    Domain servers in listed order:
        NS1.FABULOUS.COM
        NS2.FABULOUS.COM
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 11, 2009

No adjacent screenshot available for this date.

```
Registrant:
   Electronic Communities Pty Ltd
   PO Box 5241
   Middle Park, VIC 3206
   Australia

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-09
      Last Updated on: 24-Jul-09

   Administrative Contact:
      Merlin, Michael  mm@ecoms.com
      Electronic Communities Pty Ltd
      PO Box 5241
      Middle Park, VIC 3206
      Australia
      +61.61396860990      Fax --

   Technical Contact:
      Merlin, Michael  mm@ecoms.com
      Electronic Communities Pty Ltd
      PO Box 5241
      Middle Park, VIC 3206
      Australia
      +61.61396860990      Fax --

   Domain servers in listed order:
      NS09.DOMAINCONTROL.COM
      NS10.DOMAINCONTROL.COM
```

## Whois Record on Aug 30, 2009

No adjacent screenshot available for this date.

```
Registrant:
   Electronic Communities Pty Ltd
   PO Box 5241
   Middle Park, VIC 3206
   Australia

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-09
      Last Updated on: 24-Jul-09

   Administrative Contact:
      Merlin, Michael  mm@ecoms.com
      Electronic Communities Pty Ltd
      PO Box 5241
      Middle Park, VIC 3206
      Australia
      +61.61396860990      Fax --

   Technical Contact:
      Merlin, Michael  mm@ecoms.com
      Electronic Communities Pty Ltd
      PO Box 5241
      Middle Park, VIC 3206
      Australia
      +61.61396860990      Fax --

   Domain servers in listed order:
      NS1.FASTPARK.NET
      NS2.FASTPARK.NET
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 20, 2008

No adjacent screenshot available for this date.

```
Registrant:
   Steven Sartzetakis
   321 83rd Street
   Brooklyn, New York 11209
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-09
      Last Updated on: 10-Sep-08

   Administrative Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876      Fax --

   Technical Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876      Fax --

   Domain servers in listed order:
      NS1.FASTPARK.NET
      NS2.FASTPARK.NET
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 26, 2008

No adjacent screenshot available for this date.

```
Registrant:
   Steven Sartzetakis
   321 83rd Street
   Brooklyn, New York 11209
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-08
      Last Updated on: 23-Mar-08

   Administrative Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876       Fax --

   Technical Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876       Fax --

   Domain servers in listed order:
      NS1.FASTPARK.NET
      NS2.FASTPARK.NET
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 28, 2008

No adjacent screenshot available for this date.

```
Registrant:
   Steven Sartzetakis
   321 83rd Street
   Brooklyn, New York 11209
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-08
      Last Updated on: 27-Jun-07

   Administrative Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876      Fax --

   Technical Contact:
      Sartzetakis, Steven  sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876      Fax --

   Domain servers in listed order:
      NS1.FABULOUS.COM
      NS2.FABULOUS.COM
```

## Whois Record on Dec 30, 2006

No adjacent screenshot available for this date.

```
Registrant:
   Steven Sartzetakis
   321 83rd Street
   Brooklyn, New York 11209
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LOVESURF.COM
      Created on: 09-Sep-04
      Expires on: 09-Sep-07
      Last Updated on: 14-Aug-06

   Administrative Contact:
      Sartzetakis, Steven   sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876       Fax --

   Technical Contact:
      Sartzetakis, Steven   sartzetakis@email.com
      321 83rd Street
      Brooklyn, New York 11209
      United States
      13477432876       Fax --

   Domain servers in listed order:
      NS1.FABULOUS.COM
      NS2.FABULOUS.COM
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 5, 2001

No adjacent screenshot available for this date.

```
Registrant:
Douglas Arrison
    P.O. Box 3171
    Olympic Valley, CA 96146
    US

    Domain Name: LOVESURF.COM

    Administrative Contact:
        Arrison, Douglas    dwarrison@AOL.COM
        Douglas Arrison
        862 Sir Francis Drake Blvd
        #325
        San Anselmo, CA 94960
        (415) 459-6399
    Technical Contact:
        Mindspring Domreg    domreg@MINDSPRING.COM
        Earthlink Inc
        1430 West Peachtree St. NW, Ste. 400
        Atlanta, GA 30309
        US
        888-932-1997

    Record last updated on 05-Jul-2001
    Record expires on 28-Jun-2002
    Record created on 27-Jun-1997
    Database last updated on 11-Jan-2002 15:00:24 EST

    Domain servers in listed order:

    SPEAKEASY.EARTHLINK.NET        207.69.188.200
    HEARSAY.EARTHLINK.NET          207.69.188.201
    RUMOR.EARTHLINK.NET            207.69.188.202
```

 © 2015 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
| --- | --- |
| Sep 18, 2014 | Moniker Online Services |
| Nov 22, 2010 | Domain Systems |
| Oct 21, 2009 | GoDaddy.com |
| Sep 12, 2004 | NameIntelligence.com |
| May 30, 2003 | Network Solutions |

## Name Server History

| Event Date | Action | New Server | Previous Server |
| --- | --- | --- | --- |
| Jun 7, 2013 | Transfer | dynect.net | awsdns-23.net |
| Nov 29, 2012 | Transfer | awsdns-23.net | monikerdns.net |
| Oct 19, 2012 | Transfer | monikerdns.net | caerussolutions.net |
| Sep 15, 2011 | Transfer | caerussolutions.net | sedoparking.com |
| Nov 24, 2010 | Transfer | sedoparking.com | domainservice.com |
| Mar 20, 2010 | Transfer | domainservice.com | sedoparking.com |
| Nov 30, 2009 | Transfer | sedoparking.com | interimnameserver.com |
| Nov 29, 2009 | New | interimnameserver.com | - |
| Oct 22, 2009 | Delete | - | fabulous.com |
| Sep 19, 2009 | Transfer | fabulous.com | domaincontrol.com |
| Sep 11, 2009 | Transfer | domaincontrol.com | fastpark.net |
| Mar 25, 2008 | Transfer | fastpark.net | fabulous.com |
| Aug 16, 2006 | Transfer | fabulous.com | parked.com |
| Jun 28, 2006 | Transfer | parked.com | fabulous.com |
| Dec 25, 2005 | Transfer | fabulous.com | yobajufa.com |
| Nov 28, 2005 | Transfer | yobajufa.com | fabulous.com |
| Sep 10, 2005 | Transfer | fabulous.com | secureserver.net |
| Jan 23, 2005 | Transfer | secureserver.net | name-services.com |
| Sep 14, 2004 | Transfer | name-services.com | blank-nameserver.com |
| Sep 12, 2004 | New | blank-nameserver.com | - |
| Jul 5, 2004 | Delete | - | earthlink.net |

## IP Address History

| Event Date | Action | New IP | Previous IP |
| --- | --- | --- | --- |
| Oct 14, 2014 | New | 23.227.38.32 | - |

 © 2015 DomainTools, LLC All Rights Reserved

| Oct 2, 2014 | Not Resolvable | - | 204.93.213.54 |
| Jan 12, 2014 | Change | 204.93.213.54 | 192.240.163.90 |
| Jun 7, 2013 | Change | 192.240.163.90 | 50.112.147.227 |
| Jan 16, 2013 | Change | 50.112.147.227 | 50.112.124.230 |
| Nov 29, 2012 | Change | 50.112.124.230 | 63.156.206.38 |
| Oct 19, 2012 | Change | 63.156.206.38 | 95.154.204.180 |
| Sep 15, 2011 | Change | 95.154.204.180 | 82.98.86.161 |
| Apr 10, 2011 | New | 82.98.86.161 | - |
| Mar 18, 2011 | Change | 82.98.86.161 | 72.52.4.90 |
| Mar 7, 2011 | Change | 72.52.4.90 | 82.98.86.161 |
| Nov 24, 2010 | Change | 82.98.86.161 | 74.125.53.121 |
| Oct 25, 2010 | Change | 74.125.53.121 | 74.125.113.121 |
| Oct 15, 2010 | Change | 74.125.113.121 | 74.125.53.121 |
| Sep 13, 2010 | Change | 74.125.53.121 | 74.125.93.121 |
| Sep 3, 2010 | Change | 74.125.93.121 | 74.125.47.121 |
| Aug 23, 2010 | Change | 74.125.47.121 | 74.125.53.121 |
| Jun 23, 2010 | Change | 74.125.53.121 | 74.125.47.121 |
| Jun 12, 2010 | Change | 74.125.47.121 | 74.125.53.121 |
| Apr 11, 2010 | Change | 74.125.53.121 | 74.125.47.121 |
| Apr 1, 2010 | Change | 74.125.47.121 | 82.98.86.161 |
| Nov 30, 2009 | New | 82.98.86.161 | - |
| Oct 24, 2009 | Not Resolvable | - | 216.34.131.135 |
| Sep 24, 2009 | Change | 216.34.131.135 | 68.178.232.99 |
| Sep 14, 2009 | Change | 68.178.232.99 | 216.8.179.24 |
| May 4, 2009 | Change | 216.8.179.24 | 216.8.179.23 |
| Apr 13, 2009 | Change | 216.8.179.23 | 216.8.179.24 |
| Apr 6, 2009 | Change | 216.8.179.24 | 216.8.179.26 |
| Jan 5, 2009 | Change | 216.8.179.26 | 216.8.179.24 |
| Nov 9, 2008 | Change | 216.8.179.24 | 216.8.179.23 |
| Nov 9, 2008 | Change | 216.8.179.24 | 216.8.179.23 |
| Nov 2, 2008 | Change | 216.8.179.23 | 216.8.179.24 |
| Nov 2, 2008 | Change | 216.8.179.23 | 216.8.179.24 |
| Oct 26, 2008 | Change | 216.8.179.24 | 216.8.179.23 |
| Oct 26, 2008 | Change | 216.8.179.24 | 216.8.179.23 |
| Jul 20, 2008 | Change | 216.8.179.23 | 216.8.177.23 |
| Jul 20, 2008 | Change | 216.8.179.23 | 216.8.177.23 |
| Mar 30, 2008 | Change | 216.8.177.23 | 216.34.131.135 |
| Mar 30, 2008 | Change | 216.8.177.23 | 216.34.131.135 |
| Oct 21, 2007 | Not Resolvable | - | 216.34.131.135 |
| Oct 21, 2007 | Not Resolvable | - | 216.34.131.135 |
| Aug 19, 2006 | Change | 216.34.131.135 | 216.34.131.135 |
| Jun 28, 2006 | Change | 69.46.226.163 | 69.46.226.163 |
| Dec 25, 2005 | Change | 216.34.131.135 | 216.34.131.135 |
| Nov 27, 2005 | Change | 66.132.159.28 | 66.132.159.28 |
| Sep 10, 2005 | Change | 216.34.131.135 | 216.34.131.135 |

 © 2015 DomainTools, LLC All Rights Reserved

| Jun 4, 2005  | Change | 64.202.167.129  | 64.202.167.129  |
|--------------|--------|-----------------|-----------------|
| Apr 9, 2005  | Change | 64.202.167.192  | 64.202.167.192  |
| Jan 29, 2005 | Change | 64.202.167.129  | 64.202.167.129  |
| Jan 23, 2005 | Change | 64.202.167.129  | 64.202.167.129  |
| Sep 14, 2004 | New    | 255.255.255.255 | -               |

© 2015 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 3 records collected between Mar 28, 2013 and Sep 10, 2014.


Sep 10, 2014


Oct 21, 2013


Mar 28, 2013

LoveSurf.com © 2015 DomainTools, LLC All Rights Reserved 64

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as LoveSurf.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 1v1gear.com | Jun 10, 2012 | RV-Dubai |
| altonavenue.com | Jul 13, 2014 | Hector Realubit |
| amourdepierres.us | Mar 30, 2014 | Love of Stones LLC |
| angiedavid.com | Apr 27, 2014 | qin rao |
| arifora.com | May 21, 2014 | SILICON RO FOUNDATION |
| artisansoaps.org | Oct 30, 2012 | WhoisGuard, Inc. |
| artsfromnepal.com | Oct 18, 2014 | Sanil Man Singh |
| ayogislifestyle.com | Jan 27, 2014 | Domains By Proxy, LLC |
| beautifullivingdesigns.com | Jul 23, 2014 | Contact Privacy Inc. Customer 0138073154 |
| beautynglam.com | Jan 25, 2015 | Contact Privacy Inc. Customer 0139251284 |
| bellacandles.es | - | Bellacandles.es |
| bellajulesboutique.com | Jun 29, 2005 | Julianne Cleaver |
| belocanada.ca | Jul 13, 2012 | Donald Smeth |
| birrificioartigianaletartavalle.com | Jan 16, 2015 | BIRRIFICIO TARTAVALLE |
| bkbeachwear.com | Nov 29, 2013 | Contact Privacy Inc. Customer 0136143948 |
| blackoutcigs.com | Aug 31, 2013 | Domains By Proxy, LLC |
| bluebonnetlane.com | Jan 28, 2015 | Domains By Proxy, LLC |
| bnbags.com | Sep 10, 2014 | Contact Privacy Inc. Customer 0138396845 |
| boneandbowtie.com | Jan 15, 2015 | Woof And Wag Collars |
| bubblebagsaustralia.com | Feb 4, 2014 | MJ DOMAIN LTD |
| chef4tonite.com | Aug 26, 2014 | SUSTAIN CREATIVITY |
| chelseawardrobe.com | Oct 20, 2011 | Schalkwyk, Tinus van |
| cherishaunaturelboutique.com | May 27, 2013 | Cherish Au Naturel Beauty Products, LLC |
| chompeatery.com | Jun 28, 2013 | rolan pongpuntara |
| cleanclearair.com | Aug 14, 2013 | Genesis |
| cosettecollection.com | Feb 28, 2013 | Alys Luht |
| crawlers.co.nz | Nov 25, 2013 | Matt Genefaas |
| daartshop.com | Sep 25, 2011 | Deborah Anastasio |
| dddcustoms.com | Jan 23, 2015 | Contact Privacy Inc. Customer 0139240989 |
| deathontwolegs.ca | Jul 4, 2014 | Great West Promotions Inc. |
| dezign-ate.com.au | - | L.T KATSAPIS A.H ROGERS |
| dick-moby.com | Jul 23, 2013 | Dick Moby |
| downtownjuicefactory.com | Sep 7, 2011 | Domains By Proxy, LLC |
| esther.com.au | - | Talita Hodgman |

 © 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| feetuphammocks.com | Jan 9, 2015 | Contact Privacy Inc. Customer 0139133498 |
| fitgangapparel.com | Feb 28, 2014 | peter Rosenberg |
| flightofmind.com | Nov 4, 2013 | Contact Privacy Inc. Customer 0135970842 |
| hairgrowstemcell.com | Jun 18, 2014 | Contact Privacy Inc. Customer 0137797675 |
| halinderepentigny.ca | Jul 5, 2014 | Halinderepentigny.ca |
| handcraftedbykrush.com | Oct 27, 2014 | Contact Privacy Inc. Customer 0138700230 |
| healthierchoiceoptions.com | Nov 10, 2014 | Contact Privacy Inc. Customer 0138790184 |
| helmandcraft.com | Apr 23, 2013 | Ahmad Karimi |
| hijabdizayn.com | Mar 5, 2014 | RIDVAN AKALIN |
| hourglassbeauties.com | Jun 17, 2014 | TNJ Ent. |
| hungerfill.com | Apr 13, 2014 | dasaradh cherukuri |
| isidora.com.au | - | DIMAURO, DORA |
| jennylayne.com | Jan 22, 2015 | Jennifer FitzPatrick |
| lacelala.com | Jan 10, 2015 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| lianika.com | Sep 29, 2013 | Nadav Matz |
| libellulabags.co.uk | Nov 23, 2014 | LIBELLULA Bags |
| luxuryvault.com | Oct 14, 2006 | joseph curran |
| lycanathletics.com.au | - | JONAS, MORGAN |
| maigetv.international | May 14, 2014 | Domains By Proxy, LLC |
| misala.cc | Jan 11, 2012 | ENKUNE CREATIVE SERVICES COMPANY LIMITED |
| mobileale.com | Aug 14, 2014 | Contact Privacy Inc. Customer 0138218258 |
| mueblesblue.com | Oct 21, 2014 | Contact Privacy Inc. Customer 0138667255 |
| munyshop.com | Jan 14, 2011 | samara mahendru |
| namebrandvapes.com | Jun 6, 2014 | Contact Privacy Inc. Customer 0137691275 |
| nanogencanada.com | Aug 16, 2013 | VR Hair Solutions |
| noheamdesigns.com | Jun 22, 2013 | Nohea M Designs |
| nyctclothing.com | Mar 28, 2014 | Contact Privacy Inc. Customer 0137097559 |
| page92.cheap | Sep 30, 2014 | Contact Privacy Inc. Customer 0138519757 |
| peetalnyc.com | Feb 3, 2015 | Contact Privacy Inc. Customer 0139311005 |
| pikkukota.com | Mar 3, 2013 | WHOISGUARD, INC. |
| plaidtrunk.com | Apr 11, 2014 | Contact Privacy Inc. Customer 0137197551 |
| prideofdakotastore.com | Jun 6, 2012 | Maple River Winery |
| qualitymirrorsdirect.com | Aug 6, 2014 | Domains By Proxy, LLC |
| quicksheet.co | Jun 9, 2013 | Lewis Lin |
| respectthewardrobe.com | Jan 9, 2015 | Bryce Clark |
| restorationmarket.com | Jun 6, 2012 | Restoration Farmhouse |
| rockolive.com.au | - | THE TRUSTEE FOR ROCKOLIVE TRUST |
| santifoxphoto.com | Jan 5, 2014 | Santi Hynonen |
| sbtkestore.com | Jan 24, 2015 | Contact Privacy Inc. Customer 0139247525 |
| shoneandwasser.com | May 22, 2012 | APSHON Ent |
| shopfirefinch.net | Mar 17, 2012 | Fire Finch |
| shopinlakesh.com | Apr 22, 2014 | Contact Privacy Inc. Customer 0137321256 |
| shopsablon.com | Sep 4, 2013 | Identity Protect Limited |
| sillamps.co.uk | Dec 15, 2014 | Professional Lamps UK Ltd |

 © 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| soappliances.com | Jan 24, 2015 | Identity Protect Limited |
| spididenimstore.com | Jul 13, 2014 | Contact Privacy Inc. Customer 0138000489 |
| staggstx.com | Nov 7, 2014 | Chris Jenkins |
| streettoo.com | Feb 5, 2013 | Domains By Proxy, LLC |
| tabletsurplus.com | Jul 17, 2014 | Domains By Proxy, LLC |
| tamarafineart.com | Apr 24, 2014 | Contact Privacy Inc. Customer 0137337025 |
| theblankco.com | May 17, 2013 | MIchael Figueroa |
| thecameracollections.com | Sep 25, 2014 | Jessica Gemma |
| themainlinecoffeeco.com | Jan 23, 2013 | Mike Diorio |
| tigerbella.com | Jan 27, 2015 | Tigerbella |
| totomarcas.com | Apr 2, 2011 | Fernando Almeida |
| trendysecret.com | Dec 15, 2014 | Contact Privacy Inc. Customer 0139011898 |
| uluruukulelesusa.com | Jul 1, 2014 | TJBADEN, LLC. |
| vapinfactor.com | Apr 29, 2013 | vapinfactor |
| vaporcloud.cc | Feb 1, 2014 | Vapor Cloud |
| vcigs.net | Apr 21, 2013 | Contact Privacy Inc. Customer 0134298130 |
| visualimpact.co.uk | Oct 22, 1998 | Visual Impact |
| weekendcasual.com | Oct 25, 2013 | kunal parikh |
| whiterhinoproducts.com | Mar 7, 2012 | Fictive Design and Print |
| whjewellery.com | Jan 11, 2015 | Contact Privacy Inc. Customer 0139144359 |
| xxxtarotxxx.com | Sep 1, 2014 | Contact Privacy Inc. Customer 0138331344 |
| yarbwallgraphics.com | May 7, 2014 | Wes Ellis |

© 2015 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as LoveSurf.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |
| ace-ina.net | Jan 10, 2001 | ACE INA Holdings, Inc |
| actionallianceforsuicideprevention.net | May 21, 2010 | Education Development Center |
| actividentity-renewals.com | May 11, 2006 | PERFECT PRIVACY, LLC |
| affordableboners.com | Apr 9, 2014 | affordableboners.com, Secret Registration Customer ID 325818 |
| agility.com | Jul 10, 1998 | Agility |
| agribanking.org | Oct 18, 1999 | Northwest Farm Credit Services, ACA |
| ahalodgy.com | May 29, 2014 | Administrator, Domain |
| anastasia-harris.com | Oct 5, 2011 | Domains By Proxy, LLC |
| aromahotelesyresorts.com | Dec 19, 2011 | Management Group SA de CV |
| austinhealthcarellc.com | Jul 17, 2013 | The Austin Company |
| bakepopshop.com | Sep 22, 2011 | CSC Corporate Domains, Inc. |
| batonrougenoland.com | Dec 8, 2011 | Robert Betts |
| battlepiggy.com | Feb 28, 2007 | Artix Entertainment LLC |
| beginresearch.net | May 6, 2002 | WorldOne |
| bracewellpodcasts.net | Jan 6, 2014 | Bracewell Giuliani LLP |
| careofhotels.com | Nov 10, 2006 | careofhotels.com, Secret Registration Customer ID 29633 |
| carlascountryhomes.com | Dec 30, 2013 | RLS2000.com, Inc. |
| charmsavings.com | Apr 12, 2013 | charmsavings.com, Secret Registration Customer ID 275481 |
| chzbgr.com | Jan 17, 2008 | CHEEZBURGER |
| colorado-health-insurance-plans.com | Oct 19, 2007 | All Web Leads, Inc. |
| commodityclouds.com | Mar 29, 2011 | Support, Cloudscaling |
| compramicrotouchmax.com | Mar 4, 2013 | Ideavillage Products Corp. |
| counteractdocs.com | Mar 2, 2009 | Target Health Inc |
| dashbilling.com | May 18, 2014 | Domains By Proxy, LLC |
| degrees-info.com | Dec 19, 2005 | Vantage Media LLC |
| direct-ci.org | Oct 5, 2011 | Kryptiq Corporation |
| e-trailerhitch.com | Feb 6, 2003 | etrailer Corporation |
| enterprisefishcosantamonica.com | Jan 6, 2015 | Mo Pro |
| exitassurancerealty.com | Oct 31, 2002 | EXIT Assurance Realty |
| exploretheworldtravel.com | Jul 7, 2010 | STA Travel |
| fayettevilleontap.com | Oct 17, 2014 | Townsquare Media |
| fenwaypark100.com | Jun 25, 2010 | MLB Advanced Media, LP |
| fivepmtechnology.org | Mar 9, 2011 | FivePM Technology, Inc. |

 © 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| foresthillsmemorialpark.com | Apr 29, 2005 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| fortifiedforsaferbusiness.net | Mar 12, 2003 | Institute for Business and Home Safety |
| ftwaltonbeachnoland.com | Jan 25, 2011 | WinWholesale |
| gbtvsupport.com | Oct 26, 2011 | MLB Advanced Media, LP |
| gradientcpa.com | Jul 20, 2011 | Whois Privacy Protection Service, Inc. |
| gtsservices.com | Sep 11, 2000 | GTS Services, LLC |
| hdgroup.net | Jun 17, 1999 | HD Group, LLC |
| hersheysshop.com | Jul 30, 2001 | Hershey Chocolate Confectionery Corp. |
| hove-robertsonfuneralchapel.com | Jun 30, 2000 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| indusfunds.net | May 24, 2011 | PERFECT PRIVACY, LLC |
| jamesryanalexander.org | Feb 4, 2013 | Contact Privacy Inc. Customer 0133400855 |
| jobfind360.com | Mar 26, 2014 | Will Yankus |
| kimcrawford.com | Sep 20, 2000 | Constellation Brands Inc. |
| legalgrc.org | Jun 23, 2008 | Bobby Balachandran |
| lindenwood-cemetery.com | Mar 13, 2006 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| mark-one.net | Jan 6, 2004 | Mark One Holdings, LLC. |
| messagelonelymilfs.com | Sep 22, 2014 | La Touraine |
| milf1on1.com | Apr 21, 2005 | LTI |
| moreglobe4me.com | Aug 11, 2011 | The Boston Globe Newspaper Company LLC |
| motor-vehicle.us | Jan 18, 2011 | Frank Nice |
| movewitharthur.com | Dec 9, 2010 | City Realty Group |
| mrtgspotspot.com | Apr 23, 2013 | Mortgage Spot |
| namimediaadsolutions.net | Jun 20, 2012 | Whois Privacy Protection Service, Inc. |
| napilikaibeachresort-lahaina.com | Feb 5, 2015 | Hotel Plus, LLC |
| nationalgeographicclub.com | Sep 18, 2007 | National Geographic Society |
| netfilx.com | Sep 27, 1999 | Netflix, Inc. |
| newyorktimesvideo.com | Mar 24, 2014 | The New York Times Company |
| novodentistclinic.com | Aug 19, 2009 | Pacific Dental Services |
| nvivosupport.com | Aug 24, 2012 | QSR International Pty Ltd |
| oklahomainstitutes.com | Mar 14, 2005 | Vantage Media LLC |
| onehundredpercentbaseball.com | Nov 28, 2007 | MLB Advanced Media, LP |
| onelogixprojex.com | Jun 10, 2014 | Cillie, Toitjie |
| parkerdentaloffice.com | Jun 2, 2011 | Pacific Dental Services |
| pdsserveopportunity.com | Jul 5, 2013 | Pacific Dental Services |
| phoenix-home-insurance.com | Jan 7, 2008 | All Web Leads, Inc. |
| pmallphone.com | Aug 14, 2003 | Contact Privacy Inc. Customer 0135458645 |
| porngirlsreview.com | Jul 31, 2007 | Domain Name Proxy Service, Inc Privacy ID# 14179712 |
| productionjunkies.com | Oct 22, 2008 | MediaSilo |
| quillpreferred.biz | Oct 7, 2003 | Staples, Inc |
| quillprint.net | Feb 6, 2003 | Staples, Inc |
| rectifydebt.com | Jul 21, 2009 | Network Operations |
| robitussincold.com | Aug 4, 1999 | Pfizer Inc. (NYHQ) |
| rocknrace.org | Sep 28, 2010 | Capital Region Health Care Corporation |
| roofcoachpro.com | Aug 6, 2013 | James Johnson |

© 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| scottsdalewinnelson.com | Apr 13, 2006 | WinWholesale |
| sequoyatech.com | Jul 2, 2002 | Sequoya Technologies Group, LLC |
| smart-ajax.com | Apr 7, 2005 | Isomorphic Software |
| stevensfuneralchapel.com | Jun 30, 2000 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| stewardpetimaging.com | Aug 16, 2011 | Steward Health Care |
| study-graphicdesign.com | Jul 22, 2009 | Vantage Media LLC |
| theartinstituteminneapolis.com | Dec 22, 2005 | Vantage Media LLC |
| thebigam1380.com | Apr 6, 2014 | Domains By Proxy, LLC |
| themarquettechannel.com | Mar 17, 2009 | Sinclair Broadcast Group |
| toledofuneralproviders.com | Nov 10, 2009 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| travelmotive.net | Oct 9, 2014 | Domains By Proxy, LLC |
| trend-estore.com | Mar 22, 2006 | Digital River, Inc. |
| trglc.com | Feb 9, 1998 | Willis Group |
| vacationprotection.com | Jun 22, 1999 | PERFECT PRIVACY, LLC |
| valhallamemorygarden.com | Apr 26, 2005 | SCI Funeral Cemetery Purchasing Cooperative, Inc. |
| vanillasoft.com | Jul 23, 2003 | VanillaSoft, Inc. |
| vfinancecapital.com | Apr 11, 2001 | NATIONAL Holdings Corp |
| westech-eng.com | Apr 9, 1998 | Westech Engineering |
| wmgdc.com | Sep 20, 2010 | Warner Bros. Records Inc. |
| wonderfullycomplicated.com | Feb 8, 2014 | Artisan Confections Company |
| worldtaxcredits.com | Jan 28, 2008 | IBFD |
| wyopreps.com | Nov 14, 2003 | PERFECT PRIVACY, LLC |
| zulutrade.org | Mar 27, 2007 | Perfect Privacy, LLC |

# EXHIBIT C



# Domain Report - LuvSurf.com

Domain Name    **LuvSurf.com**

Prepared On    **April 16, 2015**



Website Screenshot taken 06/14/2014

# About This Report

This report documents a thorough analysis of the Internet domain name "**LuvSurf.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

# Domain Profile

*As of April 16, 2015*

## Ownership

| | |
|---|---|
| Registered Owner | **LoveSurf Inc.** |
| Owned Domains | **About 24 other domains** |
| Email Addresses | **abuse@moniker.com** |
| | **admin@lovesurf.com** |
| Registrar | **moniker online services llc** |

## Registration

| | |
|---|---|
| Created | **Oct 22, 2010** |
| Expires | **Oct 22, 2015** |
| Updated | **Mar 19, 2013** |
| Domain Status | **No Website** |
| Whois Server | **whois.moniker.com** |
| Name Servers | **monikerdns.net** |

## Network

| | |
|---|---|
| Website IP Address | **5.22.149.135** |
| IP Location | **Germany-Saarland-Sankt Ingbert** |
| | **Key-Systems Gmbh** |
| IP ASN | **AS196763** |

## Website

| | |
|---|---|
| Site Title | **LOVESURF Swim-to-Gym Apparel ~ made for the mermaid ~** |
| Meta Description | **Shop LOVESURF for activewear & swimwear designed for surfing, swimming, SUP, yoga and outdoor recreation. Handmade in-house in the USA. Now shipping worldwide.** |

LuvSurf.com

© 2015 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Apr 16, 2015*

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
```

 © 2015 DomainTools, LLC All Rights Reserved

```
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

# Ownership History

### Whois History for LuvSurf.com

DomainTools has 34 distinct historical ownership records for LuvSurf.com. The oldest record dates Jul 20, 2004. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 26, 2015



Screenshot taken Jun 14, 2014

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
```

 © 2015 DomainTools, LLC All Rights Reserved

```
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

# Whois Record on Jan 26, 2015



Screenshot taken Jun 14, 2014

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Brian MacDonald
Registrant Organization: LoveSurf Inc.
Registrant Street: 107 Avenida de la Estrella #102
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Brian MacDonald
Admin Organization: LoveSurf Inc.
Admin Street: 107 Avenida de la Estrella #102
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Brian MacDonald
Tech Organization: LoveSurf Inc.
Tech Street: 107 Avenida de la Estrella #102
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
```

 © 2015 DomainTools, LLC All Rights Reserved

```
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Brian MacDonald
Billing Organization: LoveSurf Inc.
Billing Street: 107 Avenida de la Estrella #102
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 1, 2014



Screenshot taken Jun 14, 2014

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
```

```
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 18, 2014

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID: P-DZA6106
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID: P-DZA6106
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID: P-DZA6106
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
```



Screenshot taken Jun 14, 2014

```
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID: P-DZA6106
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 24, 2014

```
Domain Name: luvsurf.com
Registry Domain ID: 1621726237_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-03-19T00:38:40.0Z
Creation Date: 2010-10-22T18:42:31.0Z
Registrar Registration Expiration Date: 2015-10-22T18:42:31.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID: P-DZA6106
Registrant Name: Domain Admin
Registrant Organization: LoveSurf.com
Registrant Street: 2377 S. El Camino Real #203
Registrant City: San Clemente
Registrant State/Province: CA
Registrant Postal Code: 92672
Registrant Country: US
Registrant Phone: +1.9493425004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@lovesurf.com
Registry Admin ID: P-DZA6106
Admin Name: Domain Admin
Admin Organization: LoveSurf.com
Admin Street: 2377 S. El Camino Real #203
Admin City: San Clemente
Admin State/Province: CA
Admin Postal Code: 92672
Admin Country: US
Admin Phone: +1.9493425004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@lovesurf.com
Registry Tech ID: P-DZA6106
Tech Name: Domain Admin
Tech Organization: LoveSurf.com
Tech Street: 2377 S. El Camino Real #203
Tech City: San Clemente
Tech Postal Code: 92672
Tech State/Province: CA
Tech Country: US
Tech Phone: +1.9493425004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@lovesurf.com
Name Server: ns1.monikerdns.net
```



Screenshot taken Jun 14, 2014

```
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID: P-DZA6106
Billing Name: Domain Admin
Billing Organization: LoveSurf.com
Billing Street: 2377 S. El Camino Real #203
Billing City: San Clemente
Billing State/Province: CA
Billing Postal Code: 92672
Billing Country: US
Billing Phone: +1.9493425004
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: admin@lovesurf.com
```

## Whois Record on May 15, 2014

```
Domain Name: LUVSURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Brian MacDonald admin@lovesurf.com
        LoveSurf Inc.
        107 Avenida de la Estrella #102
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.107
        NS2.MONIKERDNS.NET        63.149.176.23
        NS3.MONIKERDNS.NET        207.189.109.108
        NS4.MONIKERDNS.NET        63.149.176.24

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-11-23 16:04:01.257
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

# Whois Record on Apr 25, 2014

```
Domain Name: LUVSURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
```



Screenshot taken Jan 26, 2013

```
Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.107
        NS2.MONIKERDNS.NET        63.149.176.23
        NS3.MONIKERDNS.NET        207.189.109.108
        NS4.MONIKERDNS.NET        63.149.176.24

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-11-23 16:04:01.257
        Domain Expires on:        2015-10-22 14:42:31.0
```

## Whois Record on Mar 4, 2014

```
Domain Name: LUVSURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.106
        NS2.MONIKERDNS.NET        63.149.176.23
        NS3.MONIKERDNS.NET        207.189.109.109
        NS4.MONIKERDNS.NET        63.149.176.24

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-11-23 16:04:01.257
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

## Whois Record on Dec 30, 2013

```
Domain Name: LUVSURF.COM
Registrar: MONIKER ONLINE SERVICES LLC

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.117
        NS2.MONIKERDNS.NET        63.149.176.25
        NS3.MONIKERDNS.NET        207.189.109.118
        NS4.MONIKERDNS.NET        63.149.176.26

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-11-23 16:04:01.257
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

## Whois Record on Oct 24, 2013

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        Domain Admin admin@lovesurf.com
        LoveSurf.com
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.117
        NS2.MONIKERDNS.NET        63.149.176.25
        NS3.MONIKERDNS.NET        207.189.109.118
        NS4.MONIKERDNS.NET        63.149.176.26

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-09-12 13:55:03.187
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

LuvSurf.com © 2015 DomainTools, LLC All Rights Reserved 21

## Whois Record on May 24, 2013

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.117
        NS2.MONIKERDNS.NET        63.149.176.25
        NS3.MONIKERDNS.NET        207.189.109.118
        NS4.MONIKERDNS.NET        63.149.176.26

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-03-18 20:42:44.76
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 20, 2013

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [3987460]:
        DNS Admin admin@hydrabrand.com
        HYDRA Inc.
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET         207.189.109.115
        NS2.MONIKERDNS.NET         63.149.176.23
        NS3.MONIKERDNS.NET         207.189.109.116
        NS4.MONIKERDNS.NET         63.149.176.24

        Record created on:         2012-10-12 02:06:01.42
        Database last updated on:  2013-03-18 20:42:44.76
        Domain Expires on:         2015-10-22 14:42:31.0
```



Screenshot taken Jan 26, 2013

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 6, 2013

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@lovesurf.com
        LoveSurf
        2377 S. El Camino Real #203
        San Clemente
        CA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.115
        NS2.MONIKERDNS.NET        50.57.19.149
        NS3.MONIKERDNS.NET        207.189.109.116
        NS4.MONIKERDNS.NET        50.57.11.91

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2013-01-05 01:43:25.66
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Aug 15, 2012

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 14, 2012

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS-314.AWSDNS-39.COM
        NS-1233.AWSDNS-26.ORG
        NS-904.AWSDNS-49.NET
        NS-1628.AWSDNS-11.CO.UK

        Record created on:       2012-10-12 02:06:01.42
        Database last updated on: 2012-10-15 01:33:53.01
        Domain Expires on:       2015-10-22 14:42:31.0
```



Screenshot taken Aug 15, 2012

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 13, 2012

```
Domain Name: LUVSURF.COM
Registrar: MONIKER

Registrant [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US

Administrative Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Billing Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Technical Contact [4018470]:
        DNS Admin admin@luvsurf.com
        LuvSurf
        2377 S. El Camino Real #203
        San Clemente
        CALIFORNIA
        92672
        US
        Phone: +1.9493425004

Domain servers in listed order:

        NS1.MONIKERDNS.NET        207.189.109.115
        NS2.MONIKERDNS.NET        50.57.19.149
        NS3.MONIKERDNS.NET        207.189.109.116
        NS4.MONIKERDNS.NET        50.57.11.91

        Record created on:        2012-10-12 02:06:01.42
        Database last updated on: 2012-10-12 23:28:26.507
        Domain Expires on:        2015-10-22 14:42:31.0
```



Screenshot taken Aug 15, 2012

---

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on May 4, 2012



Screenshot taken Nov 24, 2011

```
LUVSURF.COM
Expiration Date: 2012-10-22 18:42:31
Creation Date: 2010-10-22 14:37:08

Holder Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Tech. Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Admin Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Nameservers
NS1.DOMAINRECOVER.COM
NS2.DOMAINRECOVER.COM
```

 © 2015 DomainTools, LLC All Rights Reserved

# Whois Record on Dec 26, 2010

```
LUVSURF.COM
Expiration Date: 2011-10-22 14:42:31
Creation Date: 2010-10-22 14:37:08

Holder Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Tech. Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Admin Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Nameservers
NS1.DOMAINRECOVER.COM
NS2.DOMAINRECOVER.COM
```



Screenshot taken Jul 25, 2008

# Whois Record on Nov 4, 2010

```
LUVSURF.COM
Expiration Date: 2011-10-22 14:37:08
Creation Date: 2010-10-22 14:37:08

Holder Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Tech. Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Admin Contact
Org. Name: Whois privacy services, provided by DomainProtect
First Name: Whois privacy services
Last Name: provided by DomainProtect LLC
City: Saint-Petersburg
Address1: c/o Office-Mail processing center
Address2: B. Monetnaya 16/5
State:
Country: RU
Postal Code: 197101
Phone: 1 866 4650081
Fax:
Email: whois.privacy@privacyid.com

Nameservers
NS1.DOMAINRECOVER.COM
NS2.DOMAINRECOVER.COM
```



Screenshot taken Jul 25, 2008

## Whois Record on Oct 10, 2010

```
Domain Name: LUVSURF.COM
Domain Status: REDEMPTION
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR

Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2010-09-15 15:00:07 GMT.

Domain Name Servers in listed order:
    NS1.PARKED.COM
    NS2.PARKED.COM
```



Screenshot taken Jul 25, 2008

LuvSurf.com
© 2015 DomainTools, LLC All Rights Reserved
30

## Whois Record on Aug 17, 2010

```
Domain Name: LUVSURF.COM
Domain Status: EXPIRE
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR

Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2010-08-15 15:00:58 GMT.

Domain Name Servers in listed order:
    NS1.PARKED.COM
    NS2.PARKED.COM
```



Screenshot taken Jul 25, 2008

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 12, 2010

```
Domain Name: LUVSURF.COM
Domain Status: REGISTRAR LOCK
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
```



Screenshot taken Jul 25, 2008

```
Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2010-07-10 18:04:36 GMT.

Domain Name Servers in listed order:
    NS1.PARKED.COM
    NS2.PARKED.COM
```

## Whois Record on Apr 13, 2010

```
Domain Name: LUVSURF.COM
Domain Status: REGISTRAR LOCK
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR

Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2010-04-11 19:53:58 GMT.

Domain Name Servers in listed order:
    NS1.SEDOPARKING.COM
    NS2.SEDOPARKING.COM
```



Screenshot taken Jul 25, 2008

LuvSurf.com © 2015 DomainTools, LLC All Rights Reserved 33

## Whois Record on Dec 20, 2009

```
Domain Name: LUVSURF.COM
Domain Status: REGISTRAR LOCK
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR

Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2009-11-14 11:30:00 GMT.

Domain Name Servers in listed order:
    NS48.DNSEVER.COM
    NS53.DNSEVER.COM
```



Screenshot taken Jul 25, 2008

LuvSurf.com © 2015 DomainTools, LLC All Rights Reserved 34

## Whois Record on Aug 16, 2009

```
Domain Name: LUVSURF.COM
Domain Status: REGISTRAR LOCK
Registrar: Korea Information Certificate Authority, Inc. dba DomainCA.c
Referral URL: http://www.DomainCA.com

Registrant:
    JunCheol BAE
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR

Administrative, Technical, Billing Contact:
    JunCheol BAE   sorage@nate.com
    562-24
     Bongdeok-dong Nam-gu Daegu
    Daegu,  705020
    KR
    (TEL) +82.1029146996, (FAX)

Domain Registration Date....: 2009-08-14 GMT.
Domain Expiration Date......: 2010-08-14 GMT.
Domain Last Updated Date....: 2009-08-14 19:08:48 GMT.

Domain Name Servers in listed order:
    NS48.DNSEVER.COM
    NS53.DNSEVER.COM
```



Screenshot taken Jul 25, 2008

## Whois Record on May 29, 2009

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
 Technical Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457

 Registration Service Provider:
    Tucows.com Co, tucowspark@tucows.com
    416-535-0123
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 04-May-2009.
 Record expires on 28-May-2009.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
    http://domainhelp.tucows.com

 Domain servers in listed order:
    PARKING2.MDNSSERVICE.COM
    PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
                clientHold
                clientTransferProhibited
                clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.



Screenshot taken Jul 25, 2008

# Whois Record on May 15, 2009



Image Supplied By DomainTools.com

Screenshot taken Jul 25, 2008

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457
 Technical Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457

 Registration Service Provider:
     Tucows.com Co, tucowspark@tucows.com
     416-535-0123
     This company may be contacted for domain login/passwords,
     DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 04-May-2009.
 Record expires on 28-May-2009.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
     http://domainhelp.tucows.com

 Domain servers in listed order:
     PARKING2.MDNSSERVICE.COM
     PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 5, 2009



Screenshot taken Jul 25, 2008

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
 Technical Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457

 Registrar of Record: TUCOWS, INC.
 Record last updated on 12-Feb-2009.
 Record expires on 28-May-2009.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
    http://domainhelp.tucows.com

 Domain servers in listed order:
    PARKING2.MDNSSERVICE.COM
    PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
               clientTransferProhibited
               clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.

© 2015 DomainTools, LLC All Rights Reserved

# Whois Record on Nov 15, 2008

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457
 Technical Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457

 Registration Service Provider:
     Tucows.com Co, tucowspark@tucows.com
     416-535-0123
     This company may be contacted for domain login/passwords,
     DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 14-Nov-2008.
 Record expires on 28-May-2009.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
     http://domainhelp.tucows.com

 Domain servers in listed order:
     PARKING2.MDNSSERVICE.COM
     PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
                clientTransferProhibited
                clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.



Screenshot taken Jul 25, 2008

# Whois Record on Jun 18, 2008

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457
 Technical Contact:
    contactprivacy.com,    luvsurf.com@contactprivacy.com
    96 Mowat Ave
    Toronto, ON M6K 3M1
    CA
    +1.4165385457

 Registrar of Record: TUCOWS, INC.
 Record last updated on 16-Jun-2008.
 Record expires on 28-May-2009.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
    http://domainhelp.tucows.com

 Domain servers in listed order:
    PARKING2.MDNSSERVICE.COM
    PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
                clientTransferProhibited
                clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.



Screenshot taken Jun 11, 2008

## Whois Record on Jan 29, 2008

```
Registrant:
 Contactprivacy.com
 96 Mowat Ave
 Toronto, ON M6K 3M1
 CA

 Domain name: LUVSURF.COM

 Administrative Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457
 Technical Contact:
     contactprivacy.com,    luvsurf.com@contactprivacy.com
     96 Mowat Ave
     Toronto, ON M6K 3M1
     CA
     +1.4165385457

 Registrar of Record: TUCOWS, INC.
 Record last updated on 06-Jul-2007.
 Record expires on 28-May-2008.
 Record created on 28-May-2003.

 Registrar Domain Name Help Center:
     http://domainhelp.tucows.com

 Domain servers in listed order:
     PARKING2.MDNSSERVICE.COM
     PARKING1.MDNSSERVICE.COM

 Domain status: clientDeleteProhibited
                clientTransferProhibited
                clientUpdateProhibited
```

This domain's privacy is protected by contactprivacy.com. To reach the domain contacts, please go to http://www.



Screenshot taken Jan 13, 2008

 © 2015 DomainTools, LLC All Rights Reserved

# Whois Record on Mar 24, 2005



Screenshot taken Jan 22, 2005

```
Registrant:
 Keith Davidson
 Apex House
 1 Carrick Road
 Ayr, Ayrshire KA7 2RA
 UK

 Domain name: LUVSURF.COM

 Administrative Contact:
    Sloan, Allan  allan@paligap.co.uk
    Apex House
    1 Carrick Road
    Ayr, Ayrshire KA7 2RA
    UK
    +44.01292263777
 Technical Contact:
    Technical, Host Europe  domains@hosteurope.com
    Portland Street
    Beeston
    Nottingham, Nottinghamshire NG9 2LP
    UK
    +44 115 9170000    Fax: +44 115 8770213

 Registration Service Provider:
    PIPEX Communications Hosting Ltd, services@123-reg.co.uk
    +44.115-917-0000
    http://www.123-reg.co.uk/
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 23-Jan-2004.
 Record expires on 28-May-2005.
 Record created on 28-May-2003.

 Domain servers in listed order:
    NS.HOSTEUROPE.COM   212.67.202.2
    NS2.HOSTEUROPE.COM   212.67.203.246

 Domain status: REGISTRAR-LOCK
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 2, 2004

No adjacent screenshot available for this date.

```
Registrant:
 Keith Davidson
 Apex House
 1 Carrick Road
 Ayr, Ayrshire KA7 2RA
 UK

 Domain name: LUVSURF.COM

 Administrative Contact:
    Sloan, Allan   allan@paligap.co.uk
    Apex House
    1 Carrick Road
    Ayr, Ayrshire KA7 2RA
    UK
    +44.01292263777
 Technical Contact:
    Technical, Host Europe   domains@hosteurope.com
    Portland Street
    Beeston
    Nottingham, Nottinghamshire NG9 2LP
    UK
    +44 115 9170000    Fax: +44 115 8770213

 Registration Service Provider:
    PIPEX Communications Hosting Ltd, services@123-reg.co.uk
    +44.115-917-0000
    http://www.123-reg.co.uk/
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 23-Jan-2004.
 Record expires on 28-May-2005.
 Record created on 28-May-2003.

 Domain servers in listed order:
    NS.HOSTEUROPE.COM   212.67.202.2
    NS2.HOSTEUROPE.COM   212.67.203.246

 Domain status:
ACTIVE
```

## Whois Record on Jul 23, 2004

No adjacent screenshot available for this date.

```
Registrant:
 Keith Davidson
 Apex House
 1 Carrick Road
 Ayr, Ayrshire KA7 2RA
 UK

 Domain name: LUVSURF.COM

 Administrative Contact:
    Sloan, Allan  allan@paligap.co.uk
    Apex House
    1 Carrick Road
    Ayr, Ayrshire KA7 2RA
    UK
    +44.01292263777
 Technical Contact:
    Technical, Host Europe  domains@hosteurope.com
    Portland Street
    Beeston
    Nottingham, Nottinghamshire NG9 2LP
    UK
    +44 115 9170000    Fax: +44 115 8770213

 Registration Service Provider:
    PIPEX Communications Hosting Ltd, services@123-reg.co.uk
    +44.115-917-0000
    http://www.123-reg.co.uk/
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 23-Jan-2004.
 Record expires on 28-May-2005.
 Record created on 28-May-2003.

 Domain servers in listed order:
    NS.HOSTEUROPE.COM   212.67.202.2
    NS2.HOSTEUROPE.COM   212.67.203.246

for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.
```

 © 2015 DomainTools, LLC All Rights Reserved

Tucows reserves the right to terminate your access to the Tucows WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Tucows reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

## Whois Record on Jul 20, 2004

No adjacent screenshot available for this date.

```
Registrant:
 Keith Davidson
 Apex House
 1 Carrick Road
 Ayr, Ayrshire KA7 2RA
 UK

 Domain name: LUVSURF.COM

 Administrative Contact:
    Sloan, Allan  allan@paligap.co.uk
    Apex House
    1 Carrick Road
    Ayr, Ayrshire KA7 2RA
    UK
    +44.01292263777
Technical Contact:
    Technical, Host Europe  domains@hosteurope.com
    Portland Street
    Beeston
    Nottingham, Nottinghamshire NG9 2LP
    UK
    +44 115 9170000    Fax: +44 115 8770213

 Registration Service Provider:
    Host Europe PLC, services@123-reg.co.uk
    +44.115-917-0000
    http://www.123-reg.co.uk/
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.

 Registrar of Record: TUCOWS, INC.
 Record last updated on 23-Jan-2004.
 Record expires on 28-May-2005.
 Record created on 28-May-2003.

 Domain servers in listed order:
    NS.HOSTEUROPE.COM   212.67.202.2
    NS2.HOSTEUROPE.COM   212.67.203.246
```

for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Tucows reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

LuvSurf.com © 2015 DomainTools, LLC All Rights Reserved 47

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|------|-----------|
| Mar 19, 2013 | Moniker Online Services |
| Oct 23, 2011 | Netestate llc |
| Aug 15, 2010 | DomainCA.com |
| May 31, 2009 | Tucows |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|------------|--------|------------|-----------------|
| Jan 6, 2013 | Transfer | monikerdns.net | awsdns-39.com |
| Oct 16, 2012 | Transfer | awsdns-39.com | monikerdns.net |
| Oct 13, 2012 | Transfer | monikerdns.net | domainrecover.com |
| Nov 4, 2010 | New | domainrecover.com | - |
| Sep 5, 2010 | Delete | - | parked.com |
| Jul 12, 2010 | Transfer | parked.com | sedoparking.com |
| Apr 13, 2010 | Transfer | sedoparking.com | dnsever.com |
| Aug 16, 2009 | New | dnsever.com | - |
| Jun 2, 2009 | New | renewyourname.net | - |
| May 30, 2009 | Delete | - | mdnsservice.com |
| Nov 15, 2008 | Transfer | mdnsservice.com | dsredirection.com |
| Oct 24, 2008 | Transfer | dsredirection.com | mdnsservice.com |
| Jun 18, 2008 | Transfer | mdnsservice.com | renewyourname.net |
| Jun 2, 2008 | New | renewyourname.net | - |
| May 30, 2008 | Delete | - | mdnsservice.com |
| Jul 7, 2007 | Transfer | mdnsservice.com | renewyourname.net |
| Jun 11, 2007 | New | renewyourname.net | - |
| May 31, 2007 | Delete | - | hosteurope.com |
| Jan 24, 2004 | Transfer | hosteurope.com | livedns.co.uk |
| Sep 25, 2003 | Transfer | livedns.co.uk | hosteurope.com |
| May 29, 2003 | New | hosteurope.com | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
|------------|--------|--------|-------------|
| Jun 3, 2014 | New | 5.22.149.135 | 207.189.109.121 |
| Sep 6, 2013 | Change | 207.189.109.121 | 207.189.109.125 |

| Feb 17, 2013 | Change | 207.189.109.125 | 63.156.206.38 |
| Jan 6, 2013 | Change | 63.156.206.38 | 50.112.124.230 |
| Oct 16, 2012 | Change | 50.112.124.230 | 63.156.206.38 |
| Oct 13, 2012 | Change | 63.156.206.38 | 209.50.243.20 |
| Oct 25, 2011 | Change | 209.50.243.20 | 209.50.243.18 |
| Apr 10, 2011 | New | 209.50.243.18 | - |
| Nov 17, 2010 | New | 209.50.243.18 | - |
| Nov 6, 2010 | Not Resolvable | - | 209.50.243.18 |
| Nov 4, 2010 | New | 209.50.243.18 | - |
| Sep 13, 2010 | Not Resolvable | - | 74.117.116.80 |
| Jul 12, 2010 | Change | 74.117.116.80 | 82.98.86.167 |
| Apr 13, 2010 | Change | 82.98.86.167 | 74.125.53.121 |
| Apr 11, 2010 | Change | 74.125.53.121 | 74.125.47.121 |
| Apr 1, 2010 | Change | 74.125.47.121 | 74.125.53.121 |
| Feb 3, 2010 | Change | 74.125.53.121 | 74.125.95.121 |
| Jan 23, 2010 | Change | 74.125.95.121 | 74.125.53.121 |
| Sep 5, 2009 | New | 74.125.53.121 | - |
| Aug 17, 2009 | Not Resolvable | - | 74.125.53.121 |
| Aug 16, 2009 | New | 74.125.53.121 | - |
| Jul 13, 2009 | Not Resolvable | - | 69.64.155.19 |
| Jun 8, 2009 | New | 69.64.155.19 | - |
| Jun 1, 2009 | Not Resolvable | - | 216.40.33.252 |
| Nov 15, 2008 | Change | 216.40.33.252 | 208.73.210.121 |
| Nov 15, 2008 | Change | 216.40.33.252 | 208.73.210.121 |
| Oct 26, 2008 | Change | 208.73.210.121 | 216.40.33.252 |
| Oct 26, 2008 | Change | 208.73.210.121 | 216.40.33.252 |
| Jun 18, 2008 | Change | 216.40.33.252 | 216.40.33.31 |
| Jun 18, 2008 | Change | 216.40.33.252 | 216.40.33.31 |
| Jun 8, 2008 | New | 216.40.33.31 | - |
| Jun 8, 2008 | New | 216.40.33.31 | - |
| Jun 1, 2008 | Not Resolvable | - | 216.40.33.252 |
| Jun 1, 2008 | Not Resolvable | - | 216.40.33.252 |
| Oct 21, 2007 | Not Resolvable | - | 216.40.33.252 |
| Oct 21, 2007 | Not Resolvable | - | 216.40.33.252 |
| Jul 7, 2007 | Change | 216.40.33.252 | 216.40.33.31 |
| Jul 7, 2007 | Change | 216.40.33.252 | 216.40.33.31 |
| Jun 17, 2007 | New | 216.40.33.31 | - |
| Jun 17, 2007 | New | 216.40.33.31 | - |
| Jun 3, 2007 | Not Resolvable | - | 80.82.142.48 |
| Jun 3, 2007 | Not Resolvable | - | 80.82.142.48 |
| Mar 5, 2005 | Change | 80.82.142.48 | 80.82.142.48 |

 © 2015 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 11 records collected between Jan 22, 2005 and Jun 14, 2014.


Jun 14, 2014


Jan 26, 2013


Aug 15, 2012


Nov 24, 2011


Jul 25, 2008


Jun 11, 2008


Feb 12, 2008


Jan 13, 2008


Sep 29, 2007

© 2015 DomainTools, LLC All Rights Reserved


Jul 14, 2005


Jan 22, 2005

 © 2015 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as LuvSurf.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |
| 1-800-furnituresale.com | Sep 9, 2006 | James Lee |
| 1-800-shortsales.com | Oct 19, 2007 | James Lee |
| 1-800-toysexpress.com | Oct 2, 2006 | James Lee |
| 1-800-vipservice.com | Apr 27, 2010 | James Lee |
| 1800certify.com | Feb 20, 2006 | James Lee |
| acraglasgel.com | Jun 19, 2001 | Brownells, Inc. |
| addisonjetservices.org | Jul 15, 2013 | Moniker Privacy Services |
| aimedia1.org | Aug 1, 2012 | Peter Santos |
| amateursexplanet.com | Feb 16, 2009 | Moniker Privacy Services |
| anglepoker.net | Jan 20, 2006 | Moniker Privacy Services |
| bookkeepers.biz | Jun 5, 2004 | Media Partner Solutions |
| bostonslistings.com | Jun 26, 2012 | John Calladine |
| brownellss.com | Sep 21, 2007 | Brownells, Inc. |
| brownellssinclair.com | May 16, 2007 | Brownells, Inc. |
| bugservices.com | Mar 21, 2006 | Randy Hulett |
| cargounderwriter.org | Jun 28, 2008 | Anthony Johnson |
| carolsetter.us | May 1, 2009 | Carol Setter |
| casinoglobet.com | Jul 1, 2005 | Moniker Privacy Services |
| casinooonline.org | May 1, 2010 | Moniker Privacy Services |
| chachablog.net | Jul 17, 2006 | ChaCha Search, Inc. |
| chachasucks.info | Dec 20, 2006 | Brad |
| clubtechnic.com | Jul 20, 2011 | Moniker Privacy Services |
| coinagency.info | Apr 27, 2013 | Skogsverket AS |
| commissionstore.net | Jan 18, 2008 | Moniker Privacy Services |
| communicationsblogs.com | Sep 22, 2011 | SR Investment Group |
| cupeve.com | Nov 1, 2009 | WorldInternetAuthority.com |
| dandganalytics.com | Apr 11, 2014 | d and g analytics lp |
| datingforadultsusa.com | Nov 15, 2007 | Kamparri Trading Ltd. |
| domyllc.mobi | Mar 23, 2012 | Inenvi, Inc. |
| dreamgirlsexdate.com | Jul 1, 2009 | staci dean |
| drueck-glueck.com | Sep 29, 2014 | Moniker Privacy Services |
| ecommerce-merchant-services.com | Jun 27, 2013 | Moniker Privacy Services |
| eleminminerals.com | May 24, 2011 | Brad Evers |
| energyresourceinsights.net | Sep 29, 2011 | Mark Brown |

 © 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| environmentcontrollers.com | Sep 10, 2012 | Moniker Privacy Services |
| evt.com | Apr 4, 1994 | Telepathy, Inc. |
| experientialtechnology.net | Jun 29, 2009 | Charles Lehosit |
| exterminatorshobesound.com | Feb 26, 2010 | Randy Hulett |
| facesoverforty.net | Sep 3, 2010 | julia marron |
| funplayers.com | Oct 13, 2012 | Germanium Inc. |
| funsportsocialclubs.com | Feb 21, 2011 | WAKA Kickball |
| genasells.com | Jan 23, 2004 | Genea Riede |
| grandrapidswindows.co | May 2, 2013 | Eric Snyder |
| haberce.com | Jun 17, 2006 | Cengiz Teymur |
| haybank.org | Jun 24, 2010 | Media Associates |
| heatersystems.net | Apr 14, 2010 | Phuong Dao |
| hello-pr.com | Feb 22, 2012 | Moniker Privacy Services |
| holdtable.com | Apr 30, 2005 | Moniker Privacy Services |
| inprotech.com | Mar 23, 2004 | Germanium Inc. |
| iwe.com | Feb 26, 1999 | Telepathy, Inc. |
| jarrodmccracken.com | Apr 14, 2011 | WorldInternetAuthority.com |
| jewishcapital.com | Feb 1, 2012 | YourBrand.com |
| kayleighfuller.com | Mar 28, 2012 | 207 Media Inc. |
| koombara.com | Dec 28, 2009 | Emre Gecit |
| kstation.com | Aug 23, 2002 | Germanium Inc. |
| litigati9n-funding.com | May 1, 2014 | Moniker Privacy Services |
| litigatio9n-funding.com | May 1, 2014 | Moniker Privacy Services |
| lowcostprint.com | Dec 1, 2010 | Germanium Inc. |
| luminousfragments.org | Mar 6, 2009 | Moniker Privacy Services |
| lynchburg-usa.com | Feb 8, 2007 | James Lee |
| m4mcenter.com | Feb 10, 2004 | DNR |
| memberstravelclub.com | Jan 16, 2003 | Domain Admin |
| metasciencellc.org | Mar 24, 2012 | Moniker Privacy Services |
| mybleep.com | Aug 30, 2006 | Germanium Inc. |
| natmca.org | Jan 7, 2010 | development, llc |
| naughtygirlcontent.com | Feb 16, 2009 | Moniker Privacy Services |
| neoattorney.com | May 16, 2007 | Moniker Privacy Services |
| nhof.org | Feb 8, 2012 | Hog Advertising LLC |
| nortoninternetsecurity2007.com | Mar 29, 2014 | Igor Filippov |
| officepartition.info | Oct 9, 2002 | John G. |
| onlinecasinosports.com | May 15, 2006 | Moniker Privacy Services |
| osceolamarijuana.com | Apr 24, 2014 | Moniker Privacy Services |
| passwordactivation.com | Dec 17, 2002 | DNR |
| phuongvi.com | Aug 4, 2010 | john trandinh |
| poquerdeportivo.com | Feb 16, 2008 | Moniker Privacy Services |
| redkrills.com | Jun 3, 2013 | WorldInternetAuthority.com |
| redpag.es | - | Redpag.es |
| renaissancefaire.us | Jul 10, 2005 | Richard Lowe |
| ricksblog.mobi | Nov 16, 2007 | eRealEstate.com |

 © 2015 DomainTools, LLC All Rights Reserved

| rotaryalumni.info | Nov 13, 2012 | Rotary International |
| scottisrael.org | Jan 9, 2011 | Moniker Privacy Services |
| sexsearchdetriot.com | Dec 9, 2005 | Kamparri Trading Ltd. |
| solutionsbc.com | Apr 2, 2014 | Mehrdad Mesbah |
| spotlesstrashcans.com | Jan 11, 2010 | Garrett Roberts |
| spywiser.net | Jun 18, 2009 | Moniker Privacy Services |
| stefanigermanotta.com | Sep 11, 2008 | WorldInternetAuthority.com |
| streamzte.com | Jul 11, 2013 | Moniker Privacy Services |
| subdivision-specialist.com | Sep 7, 2005 | Chris Courtney |
| trustedanxietyresources.com | Aug 15, 2008 | Moniker Privacy Services |
| tuneweb.com | Mar 1, 2013 | Germanium Inc. |
| uoooaiaoooauaua.com | Sep 10, 2008 | WorldInternetAuthority.com |
| updateshop.com | Feb 12, 2014 | Germanium Inc. |
| valentinespopcorn.com | Jun 1, 2005 | Dr. John Blackstone |
| washingtondcgunsmiths.com | Nov 19, 2007 | Brownells, Inc. |
| whoofd.com | Mar 22, 2013 | WAKA Kickball |
| wigs4kids.net | Sep 6, 2003 | Wigs.com - The Wig Experts |
| wilmington-us.com | Aug 23, 2005 | James Lee |
| worldsstrongestsysadmin.com | Feb 6, 2008 | Moniker Privacy Services |
| wwwrabbitsreveiws.com | Feb 23, 2009 | Moniker Privacy Services |
| zorick.com | Apr 8, 2007 | KVRT |

© 2015 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as LuvSurf.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |
| 1-800-airconditioning.com | Nov 26, 2003 | James Lee |
| 1337pics.com | Sep 3, 2005 | Mozanim B.V. |
| 1800domainrentals.com | Jun 20, 2006 | James Lee |
| 4washingtonrealestate.com | Sep 14, 2009 | John Calladine |
| adultdatingsanfrancisco.net | Mar 16, 2011 | Kamparri Trading Ltd. |
| agathostechnology.com | Jan 23, 2015 | Agathos Management LLP |
| allabouttracking.com | Apr 4, 2014 | Alan Davison |
| angelciticasinos.com | Jun 5, 2011 | Moniker Privacy Services |
| archbird.com | Jan 5, 2010 | Heckler Associates |
| avengedsevenfoldtour.com | Aug 6, 2010 | Craig Rosenfeld |
| avoq.net | Mar 6, 2015 | Moniker Privacy Services |
| babysitter4hire.org | Nov 16, 2007 | Tyler Wingate |
| batteriesdeals.org | Jun 25, 2014 | Nicholas Roche |
| beautyandhairblog.com | Jul 27, 2011 | Beauty & Hair Products Int'l |
| belgiumsite.com | Jan 16, 2000 | WebsiteNames.com, Inc. - DOMAIN SALES |
| bennytest11.info | Dec 23, 2010 | Alex Roder |
| beststainlesssteelrefrigerator.org | Jun 24, 2014 | Nicholas Roche |
| bostongoldcompany.com | Aug 14, 2011 | Shuki Haiminis |
| broadbandinet.com | Jul 12, 2013 | Moniker Privacy Services |
| brushcam.com | Mar 5, 2001 | Warren Farr |
| cancercharitieslist.com | Apr 1, 2014 | Igor Filippov |
| chahca.org | Jul 5, 2006 | Brad Bostic |
| chaxha.com | Jan 16, 2007 | ChaCha Search, Inc. |
| cheryltrack.com | Aug 16, 2013 | Alan O'Brien |
| commercialpropertyfunding.com | Jul 29, 2010 | Phuong Dao |
| consumercenter.org | Aug 5, 1998 | Matthew Smith |
| contestpopcorn.com | Sep 24, 2013 | Dr. John Blackstone |
| cozycoin.com | Jun 30, 2011 | Moniker Privacy Services |
| cuckoldhd.com | Apr 11, 2012 | Steve Matthews |
| delawarelawyernetwork.com | Jun 9, 2010 | michael evain |
| domainnameinvestors.com | Jul 3, 2003 | Domain Capital |
| dowho.net | Aug 20, 2009 | Moniker Privacy Services |
| encountersconnection.com | Mar 3, 2008 | Moniker Privacy Services |
| epicmobilegames.com | Sep 21, 2012 | James Rosenquist |
| estoniatravel.com | Jan 16, 2000 | WebsiteNames.com, Inc. - DOMAIN SALES |

© 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| flexfolio.com | Nov 4, 2002 | GNO, Inc. |
| foundacanard.com | Aug 8, 2008 | Innovative Media Industries International |
| freakbukkake.net | Feb 3, 2009 | Alexander Porterfield |
| frozenjuegos.net | Aug 23, 2014 | Maria Angeles |
| fuelcellmotorcycle.com | Oct 22, 2006 | BillyorCarleen Finegan |
| funkclub.com | Jun 1, 2003 | Germanium Inc. |
| getafastpaydayloan.com | Apr 4, 2014 | Igor Filippov |
| gfybook.com | Jul 6, 2012 | AVN Media Network Inc |
| greggfreeman.net | Feb 27, 2007 | Domain Capital, LLC |
| gurgentep.com | Jul 15, 2012 | Cengiz Teymur |
| hakkarihaberi.com | Nov 29, 2012 | Cengiz Teymur |
| hamiltonnhltickets.com | Sep 12, 2009 | Moniker Privacy Services |
| helivid.com | Oct 29, 2011 | Alfred Kobacker |
| hener.com | Nov 11, 2003 | Germanium Inc. |
| ihypnotism.com | Feb 11, 2000 | WebsiteNames.com, Inc. - DOMAIN SALES |
| indiansexsearch.net | Aug 4, 2006 | Kamparri Trading Ltd. |
| industrialspaces.com | Jan 27, 2004 | Germanium Inc. |
| itangerines.com | Apr 15, 2015 | City Advertising, LLC |
| jpvm.com | Dec 9, 2007 | Germanium Inc. |
| kykickball.com | May 10, 2006 | WAKA Kickball |
| ldksflelkjjfkaefajkf.us | Dec 17, 2014 | Virtual Estate, LLC |
| lediga-jobb.net | Sep 26, 2009 | Daniel Blomster |
| lightninggaming.com | May 22, 2006 | WorldInternetAuthority.com |
| localwellness.com | Dec 2, 2012 | Germanium Inc. |
| look2cam.org | Nov 25, 2014 | Moniker Privacy Services |
| luckyfreespins.org | Sep 3, 2014 | Moniker Privacy Services |
| mathsdaily.net | Apr 7, 2011 | Stephen Chee |
| mid-atlantic-law.com | Jun 24, 2012 | Moniker Privacy Services |
| mlmcell.com | Nov 3, 2010 | Media Associates |
| mustafakemalpasasondakika.com | Oct 5, 2012 | Cengiz Teymur |
| notesellers.net | Nov 8, 2012 | Media Associates |
| notopw.com | Nov 1, 2014 | Linking Arts |
| onlaynkasino.com | Aug 30, 2012 | Elmer A. Austin |
| orasm.us | Jul 15, 2005 | DNR |
| peababies.com | Apr 21, 2008 | Ray Peabody |
| photo-camera.com | Nov 27, 2012 | Germanium Inc. |
| pornoevaluation.com | Dec 28, 2011 | Moniker Privacy Services |
| preparedagarmediaplates.com | Oct 10, 2011 | Yatin Thakore |
| printablecalendarsfree.net | Jan 25, 2011 | Moniker Privacy Services |
| qbranch.net | Oct 21, 2008 | Moniker Privacy Services |
| qualitygolfinstruction.com | Mar 24, 2005 | New Media Golf |
| queenairmattresses.com | Jun 28, 2006 | Daniel Dietz |
| registeredagentmasters.net | Oct 6, 2009 | Inenvi, Inc. |
| robertsandroberts.info | Aug 26, 2013 | Roberts & Roberts |
| salespagecad.com | Aug 20, 2014 | Paradise Island Investments Pty Ltd |

 © 2015 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| sandiegobugle.com | Sep 18, 2011 | Page Mountain LLC |
| scottkarp.us | Jan 23, 2007 | Scott Karp |
| sharetwit.com | Aug 26, 2014 | ITDuty |
| siemreapcambodia.com | Jul 12, 2009 | Jonah Stein |
| slotspokies.com | Dec 10, 2009 | Moniker Privacy Services |
| solartn.com | Jun 7, 2006 | DirectSearch Media |
| spinninslots.net | Apr 13, 2005 | Moniker Privacy Services |
| sportproductsdiscount.com | Jul 16, 2014 | Chris Fruits |
| superflyfinds.com | Oct 31, 2010 | Justin Draplin |
| tabletfabrikasi.net | Aug 23, 2012 | Tamer Karatekin |
| thewantengine.org | May 19, 2014 | JOQ |
| treepixel.net | Aug 30, 2013 | Moniker Privacy Services |
| vitahostultimate.com | Sep 14, 2014 | Moniker Privacy Services |
| warblogger.us | Dec 8, 2007 | H.L. DeVore |
| wheyoptimumnutrition.us | Oct 24, 2012 | Moniker Online Services |
| wtfcall.com | Nov 5, 2007 | MATHEW TYLER |
| xrissjorr.com | Oct 2, 2013 | Amale Abi-Aad |
| yabanigroup.com | Mar 26, 2012 | Elias Chabtini |
| yesforex.com | Aug 20, 2003 | Omar Jakubowski |
| yurawk.com | May 29, 2014 | Pauline Petrino |

© 2015 DomainTools, LLC All Rights Reserved

# EXHIBIT D

Acrobat Help | Release Notes | Acrobat, Reader

# Acrobat Help / Release Notes | Acrobat, Reader

**Adobe Community Help**

Search

**Products Affected**

Acrobat Reader DC

Acrobat

Acrobat DC

Acrobat X

Acrobat XI

**Show All**

**Contact support**

**Was this helpful?**

⚪ Yes   ⚪ No

## Common questions about updates

### Why should I update?

Security and improved functionality. Updates safeguard your system against malicious attacks through PDF files.

If you've gotten multiple update messages, make sure the last update fully installed. Some browsers download to a separate update window. In these browsers, double-click the Reader or Acrobat file to complete the installation.

### Are updates free?

*Yes.* Only new, major versions of Acrobat must be purchased.

### How long is the installation time?

Updates take only a few minutes to install.

### How do I change the update frequency or disable updates?

Go to **Preferences** > **Categories** > **Updater** and set a **Check For Updates** option. For more information, see this technote.

**To the top**

## Acrobat DC and Acrobat Reader DC release notes

| Date | Release Notes | Release Type* | Focus |
|------|---------------|---------------|-------|
| Apr 6, 2015 | DC | Major | This is the base, major release for all Document Cloud products. |

To the top

## Acrobat and Reader XI release notes

| Date | Release Notes | Release Type* | Focus |
|------|---------------|---------------|-------|
| Dec. 9, 2014 | 11.0.10 | Q | **Latest release**. This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Sept 16, 2014 | 11.0.09 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Aug 12, 2014 | 11.0.08 | OOC | Windows-only. This patch fixes specific security issues. |
| May 13, 2014 | 11.0.07 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Jan 14, 2014 | 11.0.06 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Oct 8, 2013 | 11.0.05 | OOC | Windows-only. This patch fixes specific security issues. |
| Sept 10, 2013 | 11.0.04 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| May 14, 2013 | 11.0.03 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Feb 20, 2013 | 11.0.02 | OOC | This patch fixes specific security issues. |
| Jan 8, 2013 | 11.0.01 | Q | This is a regular planned update that provides security mitigations, feature enhancements, and bug fixes. |
| Oct 15, 2012 | 11.0.0 | Major | An all new base release for all products. |

To the top

## Acrobat and Reader X release notes

If you have trouble opening a note, right-click and save the file to your desktop.

| Date | Release Notes | Release Type* | Focus |
|------|---------------|---------------|-------|
| Dec. 9, 2014 | 10.1.13 | Q | **Latest release**. This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Sept 16, 2014 | 10.1.12 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Aug 12, 2014 | 10.1.11 | OOC | Windows only. This patch fixes specific security issues. |
| May 13, 2014 | 10.1.10 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Jan 14, 2014 | 10.1.9 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Sept 10, 2013 | 10.1.8 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| May 14, 2013 | 10.1.7 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Feb 20, 2013 | 10.1.6 | OOC | This patch fixes specific security issues. |
| Jan 8, 2013 | 10.1.5 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Aug 14, 2012 | 10.1.4 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Apr 10, 2012 | 10.1.3 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Jan 10, 2012 | 10.1.2 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Sept 13, 2011 | 10.1.1 | Q | This a regular quarterly update with security enhancements, improvements to stability, and bug fixes. |
| Jun 14, 2011 | 10.1 | Q | This is a major update that provides security fixes, feature updates, and major enhancements such as Protected View for Acrobat. |

Acrobat Help | Release Notes | Acrobat, Reader

| Apr 21, 2011 | 10.0.3 | OOC | This patch fixes a vulnerability and provides an updated Flash player. |
|---|---|---|---|
| Mar 21, 2011 | 10.0.2 | OOC | This patch fixes a vulnerability and provides an updated Flash player. |
| Feb 8 2011 | 10.0.1 | Q | Numerous security fixes as well as improvements to Protected Mode, QTP support, Flash, and support for SCCM via newly released SCUP catalogs. |
| Nov 2010 | 10.0 | **Major** | A phased release with new features:  Nov 15 - Acrobat EFGJ, Nov 18 - Reader EFGJ: Nov 18, Dec 12 - Acrobat and Reader for all other languages. |

**To the top**

## Acrobat and Reader 9.x and 8.x release notes

If you have trouble opening a note, right-click and save the file to your desktop.

| Date | Release Notes | Release Type* | Focus |
|---|---|---|---|
| May 14, 2013 | 9.5.5 | Q | **Latest and FINAL release**. This patch fixes specific security issues. |
| Feb 20, 2013 | 9.5.4 | OOC | This patch fixes specific security issues. |
| Jan 8, 2013 | 9.5.3 | Q | This is a regular quarterly update that provides security mitigations and bug fixes. |
| Aug 14, 2012 | 9.5.2 | Q | This is a regular quarterly update that provides security mitigations and bug fixes. |
| Apr 10, 2012 | 9.5.1 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Jan 10, 2012 | 9.5 | Q | This is a regular quarterly update that provides security mitigations, feature enhancements, and bug fixes. |
| Dec 16, 2011 | 9.4.7 | OOC | A Windows-only release that provides mitigations against specific vulnerabilities. |
| Sept 13, 2011 | 9.4.6, 8.3.1 | Q | This a regular quarterly update with security enhancements, improvements to stability, and bug fixes. |

| Jun 14, 2011 | 9.4.5, 8.3 (PDF) | Q | Provides security and bug fixes as well as enhancements to features like collaboration, browser integration and support, signature and forms workflows, etc. |
|---|---|---|---|
| Apr 21, 2011 | 9.4.4 (PDF) | OOC | This patch fixes a vulnerability and provides an updated Flash player. |
| Mar 21, 2011 | 9.4.3 (PDF) | OOC | This patch fixes a vulnerability, provides an updated Flash player, and fixes some bugs which improve printing and other features. |
| Feb 8 2011 | 9.4.2, 8.2.6 (PDF) | Q | Numerous security fixes as well as improvements to navigator and portfolio performances, Flash, and patching in enterprise environments. |
| Nov 16 2010 | 9.4.1 (PDF) | OOC | Security patch containing several fixes, including those fixes addressed here. |
| Oct 5 2010 | 9.4, 8.2.5 (PDF) | Q | Enhancements to PDF Creation, roaming profile workflows, and a Flash player update as well as numerous bug fixes. Several security fixes are included as described here and here. |
| Aug 19 2010 | 9.3.4, 8.2.4 (PDF) | OOC | Security patch. See the security bulletin. |
| June 29 2010 | 9.3.3, 8.2.3 (PDF) | Q | Enhancements for security (including a zero-day fix), performance, bug fixes, improved browser support, and Updater improvements. |
| April 13 2010 | 9.3.2 (HTML) | Q | Enhancements for security, JS trust, and more. The Acrobat/Reader Updater replaces the AUM retroactively to 9.2 and 8.1.7. |
| April 13 2010 | 8.2.2 (HTML) | Q | Enhancements for security, JS trust, and more. The Acrobat/Reader Updater replaces the AUM retroactively to 9.2 and 8.1.7. |
| Feb. 16 2010 | 9.3.1 (HTML) | OOC | Security patch |
| Feb. 16 2010 | 8.2.1 (HTML) | OOC | Security patch |
| Jan 12 2010 | 9.3 (HTML) | Q | Improvements to enhanced security, cross domain access, security warnings, and more. |
| Jan 12 2010 | 8.2 (HTML) | Q | Improvements to enhanced security, cross domain access, security warnings, and more. |
| Oct | 9.2 (HTML) | Q | Fixes several security vulnerabilities and improves |

| Oct. 13 2009 | 9.2 (HTML) | Q | Fixes several security vulnerabilities and improves prepress, preflight, PDF viewing, redaction, collaboration, forms, 3D, and more. |
|---|---|---|---|
| Oct. 13 2009 | 8.1.7 (HTML) | Q | Addresses several security vulnerabilities. |
| July 31 2009 | 9.1.3 (HTML) | OOC | Fixes a security vulnerability. |
| June 16 2009 | 8.1.6 (HTML) | OOC | Unix only. Addresses several security vulnerabilities. |
| June 9 2009 | 9.1.2 (HTML) | OOC | Improved security, browser support, and performance. |
| June 9 2009 | 8.1.6 (HTML) | OOC | Addresses several security vulnerabilities. |
| May 12 2009 | 8.1.5 (HTML) | OOC | Fixed two security vulnerabilities. |
| May 12 2009 | 9.1.1 (HTML) | OOC | Fixed two security vulnerabilities. |
| Mar 18 2009 | 9.1 (HTML) | Q | Improvements in stability, forms/XFA, portfolios, hosted services, security, and digital signatures. |
| Mar. 1 2009 | 8.1.4 (HTML) | OOC | Addresses a buffer overflow security vulnerability. Reader on Linux and Solaris release date is March 24. |
| Nov. 4 2008 | 8.1.3 (HTML) | Q | Fixes security issues and provides improvements forms, 3D, rendering, and digital signatures |
| | **9.0** | **Major** | |
| June 23 2008 | 8.1.2 (HTML) | OOC | Windows and Mac OS only: Addresses a buffer overflow security vulnerability. Reader on Linux and Solaris release date was August 17. |
| Feb 7 2008 | 8.1.2 (HTML) | Q | Fixes security issues and provides improvements for forms, 3D, JS, rendering, and more. |
| 2008 | 8.1.1 (HTML) | Q | Fixes security issues and provides improvements for forms and other features. Removes Kinko's button. |
| 2008 | 8.1 | Q | |
| | **8.0** | **Major** | |

## *Release types

**Major release**: A major, functional release with many new and improved features developed on an 18 month release cycle.

**Quarterly update (Q)**: A scheduled update that includes functional improvements, new security updates, and previously released out-of-cycle patch updates. For Reader, these updates are sometimes available as full installers.

**Out-of-cycle patch (OOC)**: An update targeted at security fixes. These noncumulative patch files contain few functional updates with the intention to limit impact.

*Note:* Both quarterly updates and out-of-cycle updates can provide security enhancements. Adobe recommends that all updates and patches be applied when available.

## System Requirements for 8.x and 9.x

The release notes track changes to requirements for each base release.

- Updater FAQ
- Enterprise Library for the Acrobat family of products

**Keywords:** Enterprise Administration Acrobat Family, Reader, Acrobat, Release notes,; cpsid_83708

(cc) BY-NC-SA Twitter™ and Facebook posts are not covered under the terms of Creative Commons.

Legal Notices | Online Privacy Policy

Choose your region  **Products  Downloads  Learn & Support  Company**

Copyright © 2015 Adobe Systems Incorporated. All rights reserved.
Terms of Use | Privacy | Cookies
AdChoices

# EXHIBIT E



**Graphic T-Shirt Photoshop Files**

| Name | Image in Photoshop File | File Created | Last Written |
|---|---|---|---|
| Horizon_Trianglepink.psd | | 03/26/15 09:46:52PM | 12/09/14 12:19:29PM |
| Seaglass_Circlewaves.psd | | 03/26/15 09:46:54PM | 12/09/14 01:45:52AM |
| Seaglass_Geowaves.psd | | 03/26/15 09:46:57PM | 12/09/14 03:01:28AM |
| Waterfall_Aloha_CleanTxt.psd | | 03/26/15 09:46:59PM | 12/09/14 01:11:55AM |
| Waterfall_Aloha_HandTxt.psd | | 03/26/15 09:47:02PM | 12/09/14 01:12:24AM |
| Horizon_Triangleblue.psd | | 03/26/15 09:46:50PM | 12/09/14 03:11:35AM |

\Users\Jessica.QUAD-24GHZ-8GB-\Box Sync (backup)\GRAPHIC DESIGN\Trisha Andrada\T-SHIRT COMPS\Old

Peter Garza                    **Analysis Protocol**                    LuvsurfLP 150207

Horizon_Trianglepink.psd



Peter Garza                              **Analysis Protocol**                              LuvsurfLP 150207

Seaglass_Circlewaves.psd



Peter Garza                              **Analysis Protocol**                              LuvsurfLP 150207

Seaglass_Geowaves.psd



Peter Garza                         **Analysis Protocol**                         LuvsurfLP 150207

Waterfall_Aloha_CleanTxt.psd



Peter Garza                              **Analysis Protocol**                              LuvsurfLP 150207

Waterfall_Aloha_HandTxt.psd



Peter Garza                **Analysis Protocol**                LuvsurfLP 150207

Horizon_Triangleblue.psd



# EXHIBIT F



Forensic West
8380 Maple Place, Suite 140
Rancho Cucamonga, California  91730

Files Matching MacDonald Declaration Exhibits
Contained on WD External Drive and Flash Drive

Case:  LuvSurf 150207
Prepared:  April 16, 2015

| Item # | Name | Exhibit | Last Accessed | File Created | Last Written | File Identifier | Full Path |
|---|---|---|---|---|---|---|---|
| 1 | Dream-Session-Tee-2.jpg | Exhibit 1 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 07/12/2011 07:51:10 AM | 1202 | \BPI Archive\Suppliers\Manufacturers\Products\Dream-Session-Tee-2.jpg |
| 2 | Dream-Session-Tee.jpg | Exhibit 2 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 07/12/2011 07:46:26 AM | 1203 | \BPI Archive\Suppliers\Manufacturers\Products\Dream-Session-Tee.jpg |
| 3 | I-Love-Surf-Tee-2.jpg | Exhibit 3 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 07/23/2011 09:53:44 AM | 1204 | \BPI Archive\Suppliers\Manufacturers\Products\I-Love-Surf-Tee-2.jpg |
| 4 | I-Love-Surf-Tee.jpg | Exhibit 4 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 07/23/2011 09:51:10 AM | 1205 | \BPI Archive\Suppliers\Manufacturers\Products\I-Love-Surf-Tee.jpg |
| 5 | Monogram-Tee-2.jpg | Exhibit 12 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 12/28/2011 08:59:05 AM | 1206 | \BPI Archive\Suppliers\Manufacturers\Products\Monogram-Tee-2.jpg |
| 6 | Monogram-Tee.jpg | Exhibit 13 | 02/14/2012 01:05:01 AM | 02/14/2012 01:05:01 AM | 12/28/2011 08:58:27 AM | 1207 | \BPI Archive\Suppliers\Manufacturers\Products\Monogram-Tee.jpg |
| 7 | Bundlepower-Lovesurf-Dream-Session-Tee-08-11.jpg | Exhibit 5 | 02/14/2012 01:04:51 AM | 02/14/2012 01:04:51 AM | 08/15/2011 07:15:09 AM | 987 | \BPI Archive\Marketing and Advertising\Product Listings\Bundlepower-Lovesurf-Dream-Session-Tee-08-11.jpg |
| 8 | Bundlepower-Lovesurf-I-Love-Surf-Tee-08-11.jpg | Exhibit 6 | 02/14/2012 01:04:51 AM | 02/14/2012 01:04:51 AM | 08/15/2011 07:16:14 AM | 988 | \BPI Archive\Marketing and Advertising\Product Listings\Bundlepower-Lovesurf-I-Love-Surf-Tee-08-11.jpg |
| 9 | Bundlepower-I-Love-Surf-Tee-08.png | Exhibit 7 | 02/14/2012 01:04:51 AM | 02/14/2012 01:04:51 AM | 08/15/2011 10:24:10 AM | 986 | \BPI Archive\Marketing and Advertising\Product Listings\Bundlepower-I-Love-Surf-Tee-08.png |
| 10 | Bundlepower-Dream-Session-Tee-08.png | Exhibit 8 | 02/14/2012 01:04:51 AM | 02/14/2012 01:04:51 AM | 08/15/2011 10:21:12 AM | 985 | \BPI Archive\Marketing and Advertising\Product Listings\Bundlepower-Dream-Session-Tee-08.png |
| 11 | Cafepress-Dream Session Tee proto -listing.png | Exhibit 9 | 02/14/2012 01:04:55 AM | 02/14/2012 01:04:55 AM | 08/15/2011 10:38:14 AM | 1109 | \BPI Archive\Marketplaces\Cafepress\Cafepress-Dream Session Tee proto -listing.png |
| 12 | poche-flyer.pdf | Exhibit 20 | 02/14/2012 01:21:24 AM | 02/14/2012 01:21:24 AM | 06/15/2010 08:40:44 PM | 14738 | \HYDRA\Marketing and Advertising\poche-flyer.pdf |
| 13 | poche-flyer.pdf | Exhibit 20 | 02/14/2012 01:04:38 AM | 02/14/2012 01:04:38 AM | 06/15/2010 08:40:27 PM | 851 | \BPI Archive\Marketing and Advertising\poche-flyer.pdf |
| 14 | bundlepower-order-295-08-23-11.zip | Exhibit 14 | 03/20/2015 12:00:00 AM | 03/20/2015 04:47:25 PM | 03/20/2015 10:04:24 AM | 1 | 004-Janrain_FlashDrive-033115\C\bundlepower-order-295-08-23-11.zip |
| 15 | bundlepower-order-295-08-23-11.pdf | Exhibit 14 | 03/20/2015 12:00:00 AM | 03/20/2015 04:47:27 PM | 03/20/2015 04:47:00 PM | 2 | 004-Janrain_FlashDrive-033115\C\bundlepower-order-295-08-23-11.pdf |

# EXHIBIT G



Categories from web page source on the Interne Archive for Bundlepower.com.

https://web.archive.org/web/20110810073230/http://bundlepower.com/

Social Deals
Electronics
    Audio & Video
        GPS Navigation
        A/V Accessories
        Car Audio & Video
        Speakers
        Projectors
        MP3 & iPod Accessories
        MP3 Players & iPods
        Portable CD & DVD
        Radios & Clock Radios
        Stereos & Equipment
        Video Players & Recorders
        Marine Audio
    Cameras & Photo
        Professional Photography
        Camcorders
        Digital Cameras
        Digital Picture Frames
        Photo Accessories
        Film Cameras
        Surveillance
    Home Office Equipment
        Paper Shredders
        Fax Machines
        Calculators
        Voice Recorders
        Home Office Supplies
    Monitors & Displays
        Rackmount LCD Monitors
        Touchscreen Monitors
        Oversized Displays
        Monitor Accessories
    Printers & Scanners
        Printers
        Printer Accessories
        Scanners
    Telephones
        Cell Phones
        Cell Phone Accessories

Peter Garza                              **Analysis Protocol**                              LuvsurfLP 150207

           Corded Phones
           VoIP
      Packaged Kits
TV & Home Theater
      Televisions
           LCD TV
           Plasma TV
           TV/DVD/VCR Combos
      Home Theater
           Home Theater Systems
           Receivers
Computers
      Computers
           Laptops
           Netbooks
           Desktops
           Media Centers
           Tablets
           e-Book Readers
      Software
           Business
           Operating Systems
           Software Licenses
      Computer Accessories
           Webcams
           Cables & Tools
           Carrying Cases
           Laptop Accessories
           Headsets & Microphones
           Computer Speakers
           Docking Stations & Port Replicators
           Biometrics
      Computer Memory
      Hard Drives
           External Hard Drives
           Drive Enclosures
           Network Hard Drives
      Keyboards & Mice
           Mice & Trackballs
           Keyboards & Keypads
           Keyboard & Mice Accessories
      Networking
           Routers, Hubs & Switches
           Wireless Networking
           Networking Cards (NIC)
           Firewalls
           Modems
           KVM Switches
      Storage & Blank Media
           USB Flash Drives

        CD, DVD & Blu-ray Media
        Tape Drives & Media
        Card Readers & Adapters
        Solid State Disks
    Computer Components
        Power Supplies
        Power Protection
        UPS
        Fans & Heatsinks
        Case Accessories
    PDAs
        PDA Accessories
        Other PDAs
    Optical Drives
        DVD Burners
    Computer Hardware
        Video Cards
        Processors
        Motherboards
        Other Expansion Cards
        Sound Cards
    Commercial IT Hardware
        Racks, Mounts, & Servers
        Thin Clients & Workstations
Gaming
    Game Systems
        Game Controllers
    Handheld Games
    Game Software
    Universal Accessories
Housewares & Appliances
    Tools
        Hand Tools
        Power Tools
        Supplies
        Tool Storage
        Ladders
    Kitchen & Dining
        Appliances
        Dinnerware
        Cookware
        Cooking Essentials
        Glasses & Barware
        Kitchen Storage
    Housewares
        Air & Water Filters
        Heaters, Fans & AC
        Laundry
        Floor Care
    Home Improvement

Peter Garza                                    **Analysis Protocol**                                    LuvsurfLP 150207

               Yard Care
               Electrical
               Doors & Windows
               Large Appliances
               Storage & Organization
        Home Decor
               Area Rugs
               Lighting and Ceiling Fans
               Decorative Accessories
               Slipcovers
        Furniture
               Home Office Furniture

Office
        Pens, Pencils & Markers
               Pen & Ink Refills
        Office Electronics
               Printers & Supplies
               Typewriters & Supplies
               Shredders & Supplies
               Headsets & Amplifiers
               Laminators & Supplies
               Cash Registers & Access.
               POS & Payment Terminal Accessories
               Video Conferencing
        General Office Supplies
               Clocks
               Mailroom Supplies
               Staplers & Access
               Scissors & Paper Trimmers
               Tape & Dispensers
               Safety & Security
               Other Office Supplies
               Badges, Names & Signs
        Janitorial & Cleaning
               Janitorial Supplies
        Presentation & Audiovisual
               Projectors & Screens
        Office Furniture
               Garment Racks & Hangers
        Filing & Storage
               Card Filing
               File Folders
               Labels
        Art & School Supplies
               Boards & Accessories
        Binders & Accessories
               Binder Accessories

More
        Health & Beauty
               Beauty Products

Peter Garza                          **Analysis Protocol**                          LuvsurfLP 150207

                        Perfumes & Fragrances
                        Skin Care
                        Bath & Shower
                        Hair Care
                        Makeup
                        Makeup Tools & Cases
                        Shaving
                        Dental Care
                        Gift Sets
                Healthcare & Supplies
                        Diagnostics
                Fitness & Nutrition
                        Weight Management
                Holistic Supplies
                        Aromatherapy & Massage
                        Candles & Incense
        Sports & Fitness
                Outdoors
                        Hunting
                        Camping & Hiking
                        Optics & Binoculars
                Sports & Exercise
                        Fitness & Exercise
        Watches
                Mens Watches
                Womens Watches
                Unisex Watches
                Childrens Watches
        Toys & Hobbies
                Musical Instruments
                        Guitars & Amplifiers
                        Drum/Percussion
                        Musical Keyboards
                Kids' Electronics
                        Plug & Play Games
        Luggage & Bags
                Backpacks & Bags
                        Messenger Bags
        Featured Products
        Other Products

# EXHIBIT H

Peter Garza
Prepared on: April 20, 2015



https://web.archive.org/web/20100913010852/http://bundlepower.com/

# EXHIBIT I

**Internet Archive Review**
**Lovesurf.com Dating Site on June 5, 2012**

Peter Garza
Prepared on: April 20, 2015



https://web.archive.org/web/20120605002229/http://www.lovesurf.com/