STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
scologne@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
reidelbach@higgslaw.com
CHRISTINA G. BOBB, ESQ. (Bar No. 259430)
cbobb@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Plaintiffs
GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a
California limited partnership; ANI COMMERCIAL CA I,
LLC, a California limited liability company; ANI
COMMERCIAL CA II, LP, a California limited partnership

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | CASE NO. 14-CV-02540-GPC-BLM <br><br> **DECLARATION OF CHARLES REIDELBACH IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> DATE:  June 5, 2015 <br> TIME:  1:30 p.m. <br> CTRM:  2D |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3376810.1

Case No. 14-CV-02540-GPC-BLM

I, CHARLES REIDELBACH, declare as follows:

1.      I am an attorney duly admitted to practice in the Southern District of California and am a Partner with the law firm of Higgs Fletcher & Mack LLP, attorneys for the Plaintiffs GINA CHAMPION-CAIN, LUV SURF, LP, ANI COMMERCIAL CA I and ANI COMMERCIAL CA II ("Plaintiffs").  I have personal knowledge of the following and I could and would competently testify thereto if called upon to do so.

2.      On or around February 27, 2015, I reviewed email exchanges dated December 21, 2011 to December 28, 2011 between Defendant Brian MacDonald ("MacDonald" or "Defendant") and the graphic designer he hired to design his brand logo.  A true and correct copy of the email messages are attached as **Exhibit A**.

3.      On or around April 16, 2015, I reviewed the Internet Archive for the history of the "luvyourbeach.com" domain name for the period after it was acquired by Defendant.  A true and correct copy of the Internet Archive first capture of this domain on May 25, 2012 is attached as **Exhibit B**.

4.      On or around April 16, 2015, I reviewed the Internet Archive for the history of the "luvyourbeach.com" domain name for the period after it was acquired by Defendant.  A true and correct copy of the Internet Archive capture of this domain showing use of Luv Your Beach and the Heart Wave logo in horizontal format on October 6, 2012 is attached as **Exhibit C**.

5.      On or around April 16, 2015, I reviewed the Internet Archive for the history of the "luvsurf.com" domain name for the period after it was acquired by Defendant.  A true and correct copy of the Internet Archive first capture of this domain showing Defendant using the term LuvList on October 17, 2012 is attached as **Exhibit D**.

6.      On or around April 16, 2015, I reviewed the file wrapper for Defendant's Heart Wave logo.  A true and correct copy of the application filed for

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3376810.1                                    2                    Case No. 14-CV-02540-GPC-BLM

this mark under Application Serial No. 85777510 on November 12, 2012 is attached as **Exhibit E**.

7. On or around April 16, 2015, I reviewed the Internet Archive for the history of the "lovesurf.com" domain name for the period after it was acquired by Defendant. A true and correct copy of the Internet Archive first capture of this domain showing "'LoveSurf' is a personal shopping platform for beach lovers" on December 8, 2012 is attached as **Exhibit F**.

8. On or around April 16, 2015, I reviewed Defendant's Facebook page for LoveSurf. A true and correct copy of Defendant's first post dated December 14, 2012 is attached as **Exhibit G**.

9. On or around April 16, 2015, I reviewed the Internet Archive for history of the "lovesurf.com" domain name for the period after it was acquired by Defendant. A true and correct copy of the Internet Archive capture of this domain showing first use of LoveSurf with the Heart Wave logo on March 9, 2012 is attached as **Exhibit H**. The clothing shown are only third party brands.

10. On or around April 16, 2015, I reviewed Defendant's Facebook page for LoveSurf. A true and correct copy of Defendant's Facebook post on July 10, 2013 showing first display of clothing (leggings) bearing the Heart Wave logo is attached as **Exhibit I**.

11. On or around April 16, 2015, I reviewed the file wrapper for Defendant's LUVSURF trademark application under Application Serial No. 85777517. A true and correct copy of the Notice of Abandonment of the application is attached as **Exhibit J**.

12. On or around March 18, 2015, I reviewed an email exchange between Chris Kramer and Samantha Robinson regarding Defendant's Luv Surf Apparel Facebook page. A true and correct copy of the email and attachments is attached as **Exhibit K**.

13. On or around April 16, 2015, I reviewed the file wrapper for

Defendant's Heart Wave logo. A true and correct copy of the Statement of Use filed for this mark under Application Serial No. 85777510 on December 12, 2013 claiming first use anywhere of December 15, 2012 and first use in interstate commerce of June 15, 2013 is attached as **Exhibit L**.

14.    On or around April 16, 2015, I reviewed the file wrapper for Defendant's LOVESURF trademark application under Application Serial No. 86507429 alleging first use dates of August 15, 2011. A true and correct copy of the application filed on    January 19, 2015 is attached as **Exhibit M**.

15.    On or around April 16, 2015, I reviewed the file wrapper for Defendant's Heart Wave logo. A true and correct copy of the Response to Office Action filed on January 23, 2015 in which Defendant amended its first use dates to December 28, 2011 is attached as **Exhibit N**.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Executed on April 20th, 2015, at San Diego, California.

_____
CHARLES REIDELBACH

# EXHIBIT A

---------- Forwarded message ----------
From: "Brett Hillyard" <hillycollective@gmail.com>
Date: Dec 28, 2011 11:59 AM
Subject: Re: LYB Logo
To: "B MACDONALD" <brianmacd@gmail.com>
Cc: "Chris Kramer" <ckramer949@gmail.com>

Here are the three logos.  The last file lyb.ico is the favicon.

Talk to you soon!
Hilly


On Wed, Dec 28, 2011 at 11:25 AM, B MACDONALD <brianmacd@gmail.com> wrote:

Hi,
Definitely number 3 with the pink.    Thank you.

Brian MacDonald
949-288-3008

On Dec 28, 2011 11:21 AM, "Brett Hillyard" <hillycollective@gmail.com> wrote:
Here are three color options...of the upper right logo.

Sorry again for the delay, my bad.

Thanks,
Hilly


On Tue, Dec 27, 2011 at 8:52 PM, B MACDONALD <brianmacd@gmail.com> wrote:
Hi Brett,
Merry Christmas.   Would you be able to send the logo files over by tomorrow?

Let me know if there were some questions that popped up.   Thanks!

Brian MacDonald
949-288-3008


On Thu, Dec 22, 2011 at 3:22 PM, B MACDONALD <brianmacd@gmail.com> wrote:
Hi Brett,
Nice talking with you.   We are going to go with the Upper Right logo with just 2 changes:
1. Cut the bottom of the heart off (straight edge)
2. Continue the aqua blue fade through the lettering (no black letters)

Please send the following vectors:
1. Horizontal rectangle for website header
2. Square version for Facebook badge and other applications similar to the below image without the filled in letters:



3. faded heart favicon (.ico file)


Brian MacDonald
949-288-3008


On Thu, Dec 22, 2011 at 9:31 AM, Brett Hillyard <hillycollective@gmail.com> wrote:
Hi Bryan.

Thanks for dropping the check off last night, I appreciate it.

2

The font I used was ...I tweaked it combining lower and upper case letters.

Here is the final revision, in an illustrator format.  Let me know if there are any little tweaks you want made and I'll take care of it.

Thanks!
Hilly

On Wed, Dec 21, 2011 at 2:46 PM, B MACDONALD <brianmacd@gmail.com> wrote:
Hi Brett,
Chris and I are pretty close to a final decision on the logo.   Quick question, was that font you used called "Calvin Light"    If not, which font is that?

Here is an image of the direction we are headed at the moment.

Brian MacDonald
949-288-3008


--
http://www.ellogum.com/
http://www.facebook.com/ellogum
http://www.hillycollective.com


--
http://www.ellogum.com/
http://www.facebook.com/ellogum
http://www.hillycollective.com


--
http://www.ellogum.com/
http://www.facebook.com/ellogum
http://www.hillycollective.com

3





# EXHIBIT B



INTERNET ARCHIVE
WayBackMachine

Loading...

http://luvyourbeach.com:80/ | 10:16:40 May 25, 2012

Got an HTTP 302 response at crawl time

Redirecting to...

http://l-y-b.com/

Impatient?

 The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

INTERNET ARCHIVE WayBackMachine | http://l-y-b.com/ | Go | APR **MAY** JUL ◀ **27** ▶ 2011 **2012** 2013 | Close ✖ | Help ?

9 captures
15 May 10 - 30 May 13

# L-Y-B

Luv Your Beach

- Discover
- Curate
- Invite

Search

- Women's
- Men's
- Gear
- Tech
- Decor
- Health
- Karma
- Gifts
- Causes
- Stories

**Beach fashion and product innovations. Discoveries from around the world.**

Welcome to L-Y-B. Our mission is to connect the best the world has to offer with the most discerning beach lovers. Enjoy!

Only L-Y-B will contact you, we promise.

Freewaters Sandals

## Billabong Sacred Wet Sack

April 1, 2012 By Gianna



This handy wet/dry bag from Billabong is a multi-purpose sack designed to separate and/or protect your wet from your dry. With the Sacred Wet Sack you can either quarantine your wet wetsuit, booties, towel, etc. after your beach excursion to keep it away from your dry stuff, or if you're going out to sea, you can throw your clothes, phone, wallet, etc. in there to protect them from the elements. It's got adjustable back pack straps for easy carrying, an outer mini bag that is detachable, it's 100% PVC, and you can buy one here.

Pin it
$69.50
MORE: Bags & Cases, Gear

## Freewaters Sandals

March 28, 2012 By Gianna



The purchase of one pair of Freewaters allows us to provide clean drinking water for one individual for one entire year.

Freewaters is a small group on a mission to design the best sandals ever seen and to help find solutions to the global drinking water pandemic. They believe commitment to product excellence and a focus on a single social cause is a powerful vehicle for change. Their cause is simple: purchase their product and provide clean drinking water. Go get a pair and support the cause at Freewaters.com. And to see the full story and learn more, visit ProjectFreewaters.org.

Pin it
$25
MORE: Causes, Karma, Products that Give Back

✖ Rumba Time Watches



## Rumba Watches

March 27, 2012 By Gianna

Inspired by '80s slap bracelets, these trend-setting Rumba watches feature comfortable silicone bands and they are ultra-lightweight at around 10 grams. They are a good watch for any athlete, but they are trendy as a casual mix with more formal attire. Bottom line, they're fun and colorful for adult kids of all ages. Get them here.

Pin it
$55 +
MORE: Men's, Men's Accessories, Women, Women's Accessories

## Rip Curl My Bikini

March 25, 2012 By Gianna



Rip Curl is introducing My Bikini and it is made to fit YOU. Vibrant colors, bold designs, perfect cuts. Form and function. The ideal summer. Hottest in the surf and sexiest on the beach.

Check out this functional new line coming soon to Luv Your Beach

Visit:
http://www.ripcurl.com/mybikini
For more information including Look Book & Fit Guide.

Pin it
$65+
MORE: Uncategorized



## Volcom Girls New School Black Creedler

December 28, 2011 By Gianna

The Volcom Girls New School Creedler brings sexy back to the beach. It has a polyurethane toe strap with metal Volcom logo hardware, and a poly foot bed with embossed Volcom print as well. The boardwalk is calling. Buy them here.

Pin it
MORE: Women, Women's Footwear

- 1
- 2
- 3
- …
- 16
- Next Page »

**More Great Finds…**





Rainbow Hemp Sandals

The-Ryde-E

RVCA Oxo Short

Vans Chauffeur Surfsider Shoes

**Recent Pins**

- straw beach hat

  straw beach hat
- cute beach bag

  cute beach bag
- sandless beach mat

  sandless beach mat
- Pretty Beach Bag

  Pretty Beach Bag
- Beach Tent

  Beach Tent
- calypso beach blanke

  calypso beach blanke
- Salinas swimwear

  Salinas swimwear
- beach bunny swimwear

  beach bunny swimwear
- ruffled swimwear

  ruffled swimwear

FOLLOW ME ON Pinterest



INTERNET ARCH WayBackMach
http://widget.shopstyle.com/wid
Latest
Beach                    SHOPSTYLE



INTERNET ARCH WayBackMach
http://widget.shopstyle.com/pag
Latest
All Brands...             SHOPSTYLE

**Trending Now**

Accessories / aloha / Bamboo / beach / beach chairs / beach sandals / beachwear / billabong / Boardshorts / California / Chile / conservation / craftsman / duffle bag / Environmentally friendly / fashion / Footwear / hat / Hawaii / headhunter / Home and Garden / isis / John Severson / Lifestyle brand / Nixon / O'Neill / ocean / ocean conservation / Patagonia / pelly hat / Philanthropy / photography / Plastic Pollution Coalition / Quiksilver / rio / Rip Curl / roxy / RVCA / Sandal / Santa Cruz / Sanuk / Shoe / shwood / summer / sunglasses / Sunscreen / Surf / surf books / Surf culture / surf photography / surf shoes / Surfboard / surfing / Surfrider Foundation / surfstitch / tavik swimwear / University of California Santa Barbara / Volcom / watches / yachting

**L-Y-B** is the discovery shopping destination for curated beach lifestyle products from around the world.

© 2012 Luv Your Beach Inc.

RSS

**Company**

- About Us
- Press
- Careers

**Customer Service**

- Contact Us

- FAQ
- Shipping & Returns
- Feedback

**Policies**

- Terms Of Use
- Privacy Policy

**Follow Us**

Follow @LuvYourBeach

Return to top of page

Copyright © 2012 · Sample Child Theme on Genesis Framework · WordPress · Log in

# EXHIBIT C



# EXHIBIT D

INTERNET ARCHIVE
WayBackMachine

http://luvsurf.com/    Go

38 captures
9 Oct 03 - 17 Dec 14

FEB **OCT** DEC
◄ **17** ►
2007 **2012** 2014

Close ✖

Help ?

Banner Image 1
Banner Image 1
Banner Image 1
Banner Image 1
Banner Image 1

LuvList is a visual platform which enables product discovery
based on your passions, activities and interests.

We are currently in private beta. Get on our list for early access.
Already a member? Sign in

# EXHIBIT E

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85777510**
**Filing Date: 11/12/2012**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85777510 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED (If applicable)** | The color(s) white, pink, purple, and teal is/are claimed as a feature of the mark. |
| **\*DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of a heart on its side with a color gradient starting on the left side of the heart; the color starts as pink, fades to purple at the center and then to teal green. The color white appears in a curved wave on the right side of the heart. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 400 x 364 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | LuvSurf Inc. |
| **\*STREET** | 2377 S. El Camino Real #203 |
| **\*CITY** | San Clemente |
| **\*STATE (Required for U.S. applicants)** | California |

| *COUNTRY | United States |
|---|---|
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92672 |

## LEGAL ENTITY INFORMATION

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| INTERNATIONAL CLASS | 025 |
|---|---|
| * IDENTIFICATION | Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; skirts; pajamas; hats |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| NAME | Charles R Halloran |
|---|---|
| FIRM NAME | Kauth, Pomeroy, Peck and Bailey, LLP |
| STREET | 2400 E. Katella Ave, Ste 1050 |
| CITY | Anaheim |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92806 |
| PHONE | 949-852-0000 |
| FAX | 949-852-0004 |
| EMAIL ADDRESS | tess@kppb.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Joel Kauth, David Bailey, John W. Peck, Paul Liu, Brian Sung, Rishi Wadhwani |

## CORRESPONDENCE INFORMATION

| NAME | Charles R Halloran |
|---|---|
| FIRM NAME | Kauth, Pomeroy, Peck and Bailey, LLP |

| STREET | 2400 E. Katella Ave, Ste 1050 |
|---|---|
| CITY | Anaheim |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92806 |
| PHONE | 949-852-0000 |
| FAX | 949-852-0004 |
| EMAIL ADDRESS | tess@kppb.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| ORIGINAL PDF FILE | hw_6716121684-195105307_._Heart_Wave_logo_signature.pdf |
|---|---|
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\857\775\85777510\xml1\APP0003.JPG |
| SIGNATORY'S NAME | Brian MacDonald |
| SIGNATORY'S POSITION | President |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 85777510**
**Filing Date: 11/12/2012**

# To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) white, pink, purple, and teal is/are claimed as a feature of the mark. The mark consists of a heart on its side with a color gradient starting on the left side of the heart; the color starts as pink, fades to purple at the center and then to teal green. The color white appears in a curved wave on the right side of the heart.
The applicant, LuvSurf Inc., a corporation of Delaware, having an address of
    2377 S. El Camino Real #203
    San Clemente, California 92672
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 025:  Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; skirts; pajamas; hats
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Charles R Halloran and Joel Kauth, David Bailey, John W. Peck, Paul Liu, Brian Sung, Rishi Wadhwani of Kauth, Pomeroy, Peck and Bailey, LLP
    2400 E. Katella Ave, Ste 1050
    Anaheim, California 92806
    United States

The applicant's current Correspondence Information:
    Charles R Halloran
    Kauth, Pomeroy, Peck and Bailey, LLP
    2400 E. Katella Ave, Ste 1050
    Anaheim, California 92806
    949-852-0000(phone)

949-852-0004(fax)

tess@kppb.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: Not Provided    Date: Not Provided
Signatory's Name: Brian MacDonald
Signatory's Position: President
RAM Sale Number: 16168
RAM Accounting Date: 11/13/2012

Serial Number: 85777510
Internet Transmission Date: Mon Nov 12 19:55:22 EST 2012
TEAS Stamp: USPTO/BAS-67.161.216.84-2012111219552265
8585-85777510-4906ac1f38d4111448b481b5b1
5f4c2968-CC-16168-20121112195105307966



### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _Brian MacDonald_

Signatory's Name: Brian MacDonald

Signatory's Position: _President_

Signatory's Phone Number: _949 342 5004_

Date Signed: _11/12/12_

# EXHIBIT F

http://lovesurf.com/    Go    JUN DEC MAR
58 captures    8
7 Dec 98 - 15 Mar 15    2011 2012 2014

Close ✖

Help ?

Banner Image 1
Banner Image 1
Banner Image 1
Banner Image 1
Banner Image 1

LoveSurf is a personal shopping platform for beach lovers
See what's trending and earn free gear by rating previews
from top brands - before they're available in stores

Join now to see future trends in beach and swimwear

*Request an Invite*
Already a member? Sign in

# EXHIBIT G



heart.

Like · Comment

Ericka Anntionette likes this.

2012                                    HIGHLIGHTS ▼

**Lovesurf**
December 18, 2012 · 🌐

Life is love in action.

Like · Comment

Roscoe Brister III likes this.

**Shela Tee** Couldn't be more true
December 20, 2012 at 10:55am

**Lovesurf** updated their cover photo.
December 14, 2012 · 🌐

Like · Comment · Share

Ricaardo Alberto Valdez and 160 others like this.

2011                                    HIGHLIGHTS ▼

2010                                    HIGHLIGHTS ▼

## POSTS TO PAGE                        〉

Be the first to post on this Page.
Write Post

## LIKED BY THIS PAGE                   〉

**Fashercise**

**Girls Inc.**

**Vitamin A by Amahlia Stevens**

English (US) · Privacy · Terms · Cookies · Advertising · More ▼
Facebook © 2015

Sign Up    Log In    Messenger    Mobile
Locations    About    Create Ad    Create Page

Find Friends    Badges    People    Pages    Places    Games
Developers    Careers    Privacy    Cookies    Terms    Help

Facebook © 2015

152285.106562.104420362944776/439667909420018/?type=1

# EXHIBIT H








JOIN LOVESURF NOW to see more trending products!

# EXHIBIT I

LOVESURF.COM  |  BY LOVESURF APPAREL

Like · Comment · Share

PHOTOS

POSTS TO PAGE

Be the first to post on this Page.

Write Post

LIKED BY THIS PAGE

Fashercise

Girls Inc.

**Lovesurf**
July 10, 2013 ·

NEW at LoveSurf.com: Get out there and start exploring in our Explore Leggings. Featuring a reflective LoveSurf heart logo and hidden pocket in the wide, flattering waistband these leggings hold everything in place as you explore the beautiful world around you. http://ow.ly/mQdC8



Like · Comment · Share

Janis Cramer Asta likes this.

**Lovesurf**
July 9, 2013 ·

Are you addicted to the gym? Try to get outside with these Outdoor Alternative Workouts http://ow.ly/mNTlF

# EXHIBIT J

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Oct 3, 2013**

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Mar 7, 2013 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**  85777517
**MARK:**  LUVSURF
**OWNER:**  LuvSurf Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

CHARLES R HALLORAN
KAUTH, POMEROY, PECK AND BAILEY, LLP
2400 E KATELLA AVE STE 1050
ANAHEIM , CA   92806-5985

# EXHIBIT K





---------- Forwarded message ----------
From: <chris@luvsdsurf.com>
Date: Tue, Dec 3, 2013 at 12:45 PM
Subject: FB claim
To: Samantha Robinson <samantha@luvsdsurf.com>

Hi Sam...do you know anything about facebook claims? Can you look into this for me? This guy is only using this page to redirect people to his lovesurf page. It's been stagnant for months (only 7 likes) but it comes up in searches. Maybe we could get FB to shut it down?

CHRIS KRAMER
Director of Retail
LUV SURF Brands
(949) 939-2991





## LUV SURF Apparel-Official

7 likes

Women's Clothing Store
Welcome to the original LUV SURF. We've changed our name.
Visit our new page: www.facebook.com/lovesurf

About – Suggest an Edit

# EXHIBIT L

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85777510 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION** | |
| **MARK** | Miscellaneous Mark (stylized and/or with design) |
| **MISCELLANEOUS STATEMENTS SECTION** | |
| **MISCELLANEOUS STATEMENT** | Hello, Please accept this petition to revive this application. I was not properly informed by my attorney of the developments with this application and am now submitting this Statement of Use 1 day past the deadline. Thank you,. Brian MacDonald 949-342-5004 |
| **OWNER SECTION (current)** | |
| **NAME** | Brian MacDonald |
| **STREET** | 2377 S. El Camino Real #203 |
| **CITY** | San Clemente |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 92672 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Brian MacDonald |
| **STREET** | 2377 S. El Camino Real #203 |
| **CITY** | San Clemente |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 92672 |
| **COUNTRY** | United States |

| PHONE | 9493425004 |
|---|---|
| FAX | 8882204144 |
| EMAIL | legal@lovesurf.com |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 025 |
|---|---|
| CURRENT IDENTIFICATION | Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; skirts; pajamas; hats |
| GOODS OR SERVICES DELETED FROM THE APPLICATION | skirts; pajamas |
| GOODS OR SERVICES IN USE IN COMMERCE | Surf wear; swimwear; T-shirts; tank tops; sweatshirts; pants; shorts; hats |
| FIRST USE ANYWHERE DATE | 12/15/2012 |
| FIRST USE IN COMMERCE DATE | 06/15/2013 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml15 \SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml15 \SOU0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml15 \SOU0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml15 \SOU0005.JPG |
| SPECIMEN DESCRIPTION | Photos of women's clothing items with the logo printing on the interior and exterior of the garment. |

## PAYMENT SECTION

| NUMBER OF CLASSES IN USE | 1 |
|---|---|
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 350 |

## SIGNATURE SECTION

| | /Brian MacDonald/ |
|---|---|
| SIGNATORY'S NAME | Brian MacDonald |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 12/12/2013 |
| SIGNATORY'S PHONE NUMBER | 9493425004 |

| DECLARATION SIGNATURE | /Brian MacDonald/ |
| --- | --- |
| SIGNATORY'S NAME | Brian MacDonald |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 12/12/2013 |
| SIGNATORY'S PHONE NUMBER | 9493425004 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Dec 13 02:22:35 EST 2013 |
| TEAS STAMP | USPTO/PSE-68.4.93.111-201 31213022235893255-8577751 0-5002b1631d9f8eac572c994 4aba675baf3762911fd0174fe 92ff552c3589c5a7fa-CC-941 5-20131213012511078367 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** Miscellaneous Mark (stylized and/or with design)
**SERIAL NUMBER:** 85777510

The applicant, Brian MacDonald, having an address of
    2377 S. El Camino Real #203
    San Clemente, California 92672
    United States
is submitting the following allegation of use information:

For International Class 025:
Current identification: Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; skirts; pajamas; hats

This **allegation of use** does **NOT** cover the following goods or services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods or services are **permanently deleted:** skirts; pajamas

The mark is in use in commerce on or in connection with the following goods or services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Surf wear; swimwear; T-shirts; tank tops; sweatshirts; pants; shorts; hats
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/15/2012, and first used in commerce at least as early as 06/15/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photos of women's clothing items with the logo printing on the interior and exterior of the garment..
Specimen File1
Specimen File2
Specimen File3
Specimen File4

**MISCELLANEOUS STATEMENTS**
Hello, Please accept this petition to revive this application. I was not properly informed by my attorney of the developments with this application and am now submitting this Statement of Use 1 day past the deadline. Thank you,. Brian MacDonald 949-342-5004

A fee payment in the amount of $100 will be

A fee payment in the amount of $150 will be

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. Section 1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Brian MacDonald/     Date Signed: 12/12/2013
Signatory's Name: Brian MacDonald
Signatory's Position: President
Signatory's Phone: 9493425004

RAM Sale Number: 85777510
RAM Accounting Date: 12/13/2013

Serial Number: 85777510
Internet Transmission Date: Fri Dec 13 02:22:35 EST 2013
TEAS Stamp: USPTO/PSE-68.4.93.111-201312130222358932
55-85777510-5002b1631d9f8eac572c9944aba6
75baf3762911fd0174fe92ff552c3589c5a7fa-C
C-9415-20131213012511078367







# FEE RECORD SHEET

**Serial Number:** 85777510



**RAM Sale Number:** 85777510

**RAM Accounting Date:** 20131213

**Total Fees:** $350

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| *** UNKNOWN *** | 7005 | 20131213 | | | $100 |
| Extension Request for SOU | 7004 | 20131213 | $150 | 1 | $150 |
| Statement of Use (SOU) | 7003 | 20131213 | $100 | 1 | $100 |

**Transaction Date:** 20131213

# EXHIBIT M

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86507429**
**Filing Date: 01/19/2015**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 86507429 |
| **MARK INFORMATION** | |
| **\*MARK** | LOVESURF |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | LOVESURF |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | MacDonald, Brian |
| **\*STREET** | 107 Avenida de la Estrella, No. 102 |
| **\*CITY** | San Clemente |
| **\*STATE** (Required for U.S. applicants) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 92672 |
| **EMAIL ADDRESS** | brian@lovesurf.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 025 |

| | |
|---|---|
| *IDENTIFICATION | Clothing, namely, Tops, Bottoms, headwear and footwear; clothing, namely, bathing suits, swim suits, rash guards, shirts, t-shirts, polo shirts, muscle shirts, tank tops, sweatshirts, swimwear, and surf wear |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/15/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/15/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\865\074\86507429\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\865\074\86507429\xml1\ RFA0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\865\074\86507429\xml1\ RFA0005.JPG |
| SPECIMEN DESCRIPTION | Photographs with mark on goods and on tags/labels |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Kuscha Hatami |
| ATTORNEY DOCKET NUMBER | 100880 |
| FIRM NAME | Raj Abhyanker P.C. dba LegalForce |
| STREET | 1580 W. El Camino Real, Suite 13 |
| CITY | Mountain View |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94040 |
| PHONE | 650-965-8731 |
| EMAIL ADDRESS | trademarks@rajpatent.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Kuscha Hatami |
| FIRM NAME | Raj Abhyanker P.C. dba LegalForce |
| STREET | 1580 W. El Camino Real, Suite 13 |
| CITY | Mountain View |
| STATE | California |

| COUNTRY | United States |
|---|---|
| **ZIP/POSTAL CODE** | 94040 |
| **PHONE** | 650-965-8731 |
| ***EMAIL ADDRESS** | trademarks@rajpatent.com;kuscha@legalforcelaw.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 275 |
| ***TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /Brian MacDonald/ |
|---|---|
| **SIGNATORY'S NAME** | Brian MacDonald |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 01/19/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86507429**
**Filing Date: 01/19/2015**

## To the Commissioner for Trademarks:

**MARK:** LOVESURF (Standard Characters, see mark)
The literal element of the mark consists of LOVESURF.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Brian MacDonald, a citizen of United States, having an address of
      107 Avenida de la Estrella, No. 102
      San Clemente, California 92672
      United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

      International Class 025:  Clothing, namely, Tops, Bottoms, headwear and footwear; clothing, namely, bathing suits, swim suits, rash guards, shirts, t-shirts, polo shirts, muscle shirts, tank tops, sweatshirts, swimwear, and surf wear

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/15/2011, and first used in commerce at least as early as 08/15/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Photographs with mark on goods and on tags/labels.
Specimen File1
Specimen File2
Specimen File3

The applicant's current Attorney Information:
      Kuscha Hatami of Raj Abhyanker P.C. dba LegalForce
      1580 W. El Camino Real, Suite 13
      Mountain View, California 94040
      United States
The attorney docket/reference number is 100880.
 The applicant's current Correspondence Information:
      Kuscha Hatami
      Raj Abhyanker P.C. dba LegalForce

1580 W. El Camino Real, Suite 13

Mountain View, California 94040

650-965-8731(phone)

trademarks@rajpatent.com;kuscha@legalforcelaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided below. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods and/or services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Brian MacDonald/   Date: 01/19/2015
Signatory's Name: Brian MacDonald
Signatory's Position: Owner
RAM Sale Number: 86507429
RAM Accounting Date: 01/20/2015

Serial Number: 86507429
Internet Transmission Date: Mon Jan 19 18:09:12 EST 2015
TEAS Stamp: USPTO/BAS-198.0.198.57-20150119180912002
236-86507429-5309fd7fe5d59852a47dd04c676
cc9ba213abf5f3007efdd92e8449571acba9-CC-
11223-20150119175958700704

# LOVESURF





# EXHIBIT N

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85777510 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; hats | |
| **FIRST USE ANYWHERE DATE** | At least as early as 12/15/2012 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/15/2013 |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; hats | |
| **FIRST USE ANYWHERE DATE** | At least as early as 12/28/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 12/28/2011 |
| **STATEMENT TYPE** | **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce]* OR "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use].* |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\857\775\85777510\xml26 \ROA0002.JPG |
| | The specimen consists of the photograph of the applicant's |

| SPECIMEN DESCRIPTION | product showing the mark on tag affix to the product. |
|---|---|
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Brian MacDonald/ |
| **SIGNATORY'S NAME** | Brian MacDonald |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 01/23/2015 |
| **RESPONSE SIGNATURE** | /Kuscha Hatami/ |
| **SIGNATORY'S NAME** | Kuscha Hatami |
| **SIGNATORY'S POSITION** | Attorney of record, CA bar Member |
| **DATE SIGNED** | 01/23/2015 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Jan 23 01:57:05 EST 2015 |
| **TEAS STAMP** | USPTO/ROA-27.251.65.162-2 0150123015705007261-85777 510-5309a1434a28c28625816 5c727135ba7815f42f6166518 937116f10da18eeb5a-N/A-N/ A-20150123014431480613 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 07/31/2017)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **85777510** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; hats
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** The applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

In International Class 025, the mark was first used at least as early as 12/15/2012 and first used in

commerce at least as early as 06/15/2013 .

**Proposed:** Class 025 for Surf wear; swimwear; T-shirts; tank tops; sweatshirts; shorts; hats

Deleted Filing Basis: 1(b)
In International Class 025, the mark was first used at least as early as 12/28/2011 . and first used in commerce at least as early as 12/28/2011 .

Applicant hereby submits one(or more) specimen(s) for Class 025 . The specimen(s) submitted consists of The specimen consists of the photograph of the applicant's product showing the mark on tag affix to the product. .
" **The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* " **The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use** " *[for an application based on Section 1(b) Intent-to-Use]* . Specimen File1

**SIGNATURE(S)**
**Declaration Signature**

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or amendment to allege use (AAU) unsigned, all statements in the application or AAU and this submission based on the signatory's own knowledge are true, and all statements in the application or AAU and this submission made on information and belief are believed to be true.

STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AAU: If the applicant filed an unsigned application under 15 U.S.C. Section 1051(a) or AAU under 15 U.S.C. Section 1051(c), the signatory additionally believes that: the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce and has been using the mark in commerce as of the filing date of the application or AAU on or in connection with the goods/services in the application or AAU, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AAU on or in connection with the goods/services in the application or AAU; and to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive.

STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION: If the applicant filed an unsigned application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the signatory additionally believes that: the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention and has had a bona fide intention as of the application filing date to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application; and to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive.

Signature: /Brian MacDonald/     Date: 01/23/2015
Signatory's Name: Brian MacDonald
Signatory's Position: Owner

**Response Signature**
Signature: /Kuscha Hatami/     Date: 01/23/2015
Signatory's Name: Kuscha Hatami
Signatory's Position: Attorney of record, CA bar Member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 85777510
Internet Transmission Date: Fri Jan 23 01:57:05 EST 2015
TEAS Stamp: USPTO/ROA-27.251.65.162-2015012301570500
7261-85777510-5309a1434a28c286258165c727
135ba7815f42f6166518937116f10da18eeb5a-N
/A-N/A-20150123014431480613

