STEVEN J. COLOGNE, ESQ.
(Bar No. 118534)
scologne@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ.
(Bar No. 167482)
reidelbach@higgslaw.com
CHRISTINA G. BOBB, ESQ.
(Bar No. 259430)
cbobb@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Plaintiffs
GINA CHAMPION-CAIN, an individual;
LUV SURF, LP, a California limited
partnership; ANI COMMERCIAL CA I,
LLC, a California limited liability company;
and ANI COMMERCIAL CA II, LP, a
California limited partnership

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; and ANI COMMERCIAL CA II, LP, a California limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 14-CV-02540-GPC-BLM <br><br> **PROOF OF SERVICE** <br><br> CASE FILED: October 23, 2014 <br><br> DATE:          June 5, 2015 <br> TIME:          1:30 p.m. <br> CTRM          2D <br> JUDGE:       Hon. Gonzalo P. Curiel |
| AND RELATED COUNTER CLAIM. | |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1225322.1

Case No. 14-CV-02540-GPC-BLM

I, Lisa S. Berry, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California  92101-7913.  On April 20, 2015, I served the within documents, with all exhibits (if any):

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**PLAINTIFFS' OBJECTION TO DEFENDANTS' EVIDENCE SUBMITTED IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF PETER GARZA IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF CHARLES REIDELBACH IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION.**

☐      by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒    I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

**David A. Gauntlett, Esq.**
**James A. Lowe, Esq.**
**GAUNTLETT & ASSOCIATES**
**18400 Von Karman, Suite 300**
**Irvine, CA 92612**

| | |
|---|---|
| **Telephone:** | **949.553.1010** |
| **Facsimile:** | **949.553.2050** |
| **Email:** | **info@gauntlettlaw.com** |
| | **jal@gauntlettlaw.com** |

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

///

///

///

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 20, 2015, at San Diego, California.

LISA S. BERRY