**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
info@gauntlettlaw.com
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050

Attorneys for Defendants and Counterclaimants,
LOVESURF, INC. and BRIAN MACDONALD

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership,<br><br>                    Plaintiffs,<br>          vs.<br><br>BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: **3:14-CV-02540-GPC-BLM**<br><br>Hon. Gonzalo P. Curiel<br><br><br>**MOTION AND NOTICE OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**<br><br> CASE FILED: October 23, 2014<br><br> DATE:        August 26, 2016<br> TIME:         1:30 p.m.<br> CTRM         2D<br> JUDGE:       Hon. Gonzalo P. Curiel<br><br> TRIAL DATE:      Not Set |
| BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation,<br>                    Counterclaimants,<br>          vs.<br><br>GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership; and ROES 1-50, inclusive,<br><br>                    Counter-Defendants, | |

**Motion of Counsel to Withdraw**
**Case No. 3:14-cv-02540-GPC-CLM**

David A. Gauntlett, James A. Lowe, and Gauntlett & Associates (collectively "Gauntlett & Associates" or "G&A"), counsel for LOVESURF, INC. and BRIAN MACDONALD ("Defendants"), pursuant to L.R. 83.3(f)(3), move to withdraw from representation of Defendants in this case.

The motion is based upon the accompanying memorandum of points and authorities, notice to clients of intent of counsel to withdraw, declaration of David A. Gauntlett, and [proposed] order granting Gauntlett & Associates' motion to withdraw.

WHEREFORE, the undersigned counsel respectfully move the Court to enter an order granting their immediate withdrawal as counsel from this case.

Dated:  July 28, 2016

**GAUNTLETT & ASSOCIATES**

By:     /s/ James A. Lowe
David A. Gauntlett
James A. Lowe
Attorneys for Defendants and Counterclaimants, LOVESURF, INC. and BRIAN MACDONALD