**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
info@gauntlettlaw.com
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050

Attorneys for Defendants and Counterclaimants,
LOVESURF, INC. and BRIAN MACDONALD

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership,<br><br>     Plaintiffs,<br>   vs.<br><br>BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>     Defendants.<br><br>BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation,<br>    Counterclaimants,<br>  vs.<br><br>GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership; and ROES 1-50, inclusive,<br><br>    Counter-Defendants, | Case No.: **3:14-CV-02540-GPC-BLM**<br><br>Hon. Gonzalo P. Curiel<br><br><br>**NOTICE TO CLIENT OF INTENT OF COUNSEL TO WITHDRAW FROM REPRESENTATION IN CASE**<br><br>CASE FILED: October 23, 2014<br><br><br>DATE:  August 26, 2016<br>TIME:  1:30 p.m.<br>CTRM  2D<br>JUDGE:  Hon. Gonzalo P. Curiel<br><br>TRIAL DATE: Not Set |

**PLEASE   TAKE   NOTICE**:   Defendants   and   Counterclaimants   BRIAN

MACDONALD and LOVESURF, INC. are hereby given notice that its undersigned counsel in this case, David A. Gauntlett and all attorneys associated with the firm of Gauntlett & Associates of Irvine, California intend to file a motion to withdraw from representation of them in this case. Good cause for the withdrawal exists in that a substantial conflict of interest has arisen between BRIAN MACDONALD and LOVESURF, INC. and its undersigned counsel, including the substantial failure of BRIAN MACDONALD and LOVESURF, INC. to pay fees and costs that they agreed to pay in a written agreement, and their refusal or inability to pay additional fees and costs incurred in this case going forward, making it impossible for the undersigned counsel to continue with representation in this case.

BRIAN MACDONALD and LOVESURF, INC. are hereby advised that, if the motion to withdraw is granted, BRIAN MACDONALD and LOVESURF, INC. have an obligation to retain new counsel to represent it in this case and is further notified that, as a corporation, LOVESURF, INC. will not be permitted to appear without counsel in this case.

BRIAN MACDONALD and LOVESURF, INC. are further advised that they remains obligated to defend this lawsuit, prosecute their counterclaim, and to comply with all requirements and deadlines established by court rules or orders of the Court, regardless of the withdrawal of counsel. A Final Pretrial Conference will be conducted by the Court on July 29, 2016 at which time the Court is expected to set a jury trial of all matters in this case.

Dated:  July 28, 2016

**GAUNTLETT & ASSOCIATES**

By:_____/s/ James A. Lowe_____
        David A. Gauntlett
        James A. Lowe
Attorneys    for    Defendants    and
Counterclaimants,    LOVESURF,    INC.
and BRIAN MACDONALD

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von Karman, Suite 300, Irvine, California 92612.

On July 28, 2016, I served:

- **NOTICE OF CLIENT OF INTENT OF COUNSEL TO WITHDRAW FROM REPRESENTATION IN CASE**
- **MOTION AND NOTICE OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**
- **MEMORANDUM IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**
- **DECLARATION OF DAVID A. GAUNTLETT IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**
- **[PROPOSED] ORDER GRANTING MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

BRIAN McDONALD, individually and as Agent of Service of LOVESURF, INC. at
103 Avenida de la Estrella, #102
San Clemente, California 92672

[ ] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the place of business of the above addressee by ACE Attorney Services whose address is 310 West 3rd Street, Santa Ana, California 92701.
By(sign)_____ (print name) SONNY B NICOLAS at 4:20 AM/PM

[X] **(FEDERAL)** I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on July 28, 2016, at Irvine, California.

Robert Alaniz
(Print Name)

_____
(Signature)

10751-002-07/28/2016-185882.1