# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership, | Case No.: **3:14-CV-02540-GPC-BLM**<br><br>Hon. Gonzalo P. Curiel |

Plaintiffs,

vs.

BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive,

Defendants.

**ORDER GRANTING MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION**

BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation,

Counterclaimants,

vs.

GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership; and ROES 1-50, inclusive,

Counter-Defendants,

**Order Granting Motion of Counsel to Withdraw**
**Case No. 3:14-cv-02540-GPC-CLM**

David A. Gauntlett, James A. Lowe, and Gauntlett & Associates (collectively "Gauntlett & Associates" or "G&A"), counsel for LOVESURF, INC. and BRIAN MACDONALD ("Defendants") have moved, pursuant to L.R. 83.3(f)(3), to withdraw from representation of Defendants in this case.

Good cause having been shown, the Court GRANTS the Movants' motion to withdraw as counsel for all Defendants and ORDERS the corporate Defendant, LOVESURF, INC. to obtain new counsel within 30 days of the filing of this order.

DATED:_____. 2016

_____

Gonzalo P. Curiel
United States District Judge

185864.1-10751-002-7/28/2016 10:58 AM

**Order Granting Motion of Counsel to Withdraw**
**Case No. 3:14-cv-02540-GPC-CLM**