STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
scologne@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
reidelbach@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Plaintiffs and Counter-Defendants
GINA CHAMPION-CAIN, LUV SURF, LP, ANI
COMMERCIAL CA I, LLC, and ANI COMMERCIAL CA II,
LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CHAMPION-CAIN, an individual; LUV SURF, LP, a California limited partnership; ANI COMMERCIAL CA I, LLC, a California limited liability company; ANI COMMERCIAL CA II, LP, a California limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN MACDONALD, an individual; LOVESURF, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | CASE NO. 14-CV-02540-GPC-BLM <br><br> **PLAINTIFFS' [LIMITED] OPPOSITION TO DEFENSE COUNSEL'S MOTION TO WITHDRAW FROM REPRESENTATION** <br><br> DATE: September 9, 2016 <br> TIME: 1:30 p.m. <br> DEPT.: 2D <br> JUDGE: Hon. Gonzalo P. Curiel <br><br> CASE FILED: October 23, 2014 <br> TRIAL DATE: October 17, 2016 |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7611080.1

Case No. 14-CV-02540-GPC-BLM

Plaintiffs / Counter-Defendants GINA CHAMPION-CAIN, LUV SURF, LP, ANI COMMERCIAL CA I, LLC, and ANI COMMERCIAL CA II, LP (collectively, "Plaintiffs") respectfully submit the following (limited) opposition to the motion to withdraw from representation filed by counsel for Defendants / Counter-Claimants BRIAN MACDONALD and LOVESURF, INC. (collectively, "Defendants").

## I.

## THE COURT SHOULD NOT CONTINUE THE TRIAL DATE

Plaintiffs do not oppose the motion of Gauntlett & Associates to withdraw from representation of Defendants for nonpayment of services; if the motion is granted, however, Plaintiffs request that the October 17, 2016 trial date remain on calendar.

This case was filed two years ago and has been "at issue" since December 5, 2014. Dkt. 1, 9. The parties completed fact discovery in October 2015 and expert discovery in December 2015. Dkt. 63. All pre-trial disclosures were made, and the final proposed pre-trial conference order was lodged on May 27, 2015. Dkt. 81.

On July 29, 2016, the date of the final pre-trial conference, Gauntlett & Associates filed and served its motion to withdraw as counsel. Dkt. 86. At the conference, the Court set the matter for trial on October 17, 2016 and directed that Defendant Brian MacDonald personally appear at the hearing on the motion to withdraw to discuss any representation issues (namely, whether new counsel has been secured for Lovesurf, Inc.). If Defendants have not obtained replacement representation before the hearing on the motion to withdraw, any request by Defendants to continue the trial date should be rejected as Defendants have had sufficient opportunity to engage new trial counsel.

The case is ready for trial, and has been for several months. Plaintiffs should not be further prejudiced by a delay.

///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7611080.1                              2                    Case No. 14-CV-02540-GPC-BLM

## II.

## <u>CONCLUSION</u>

For these reasons, Plaintiffs respectfully request that the October 17, 2016 trial date remain on calendar.

DATED: August 19, 2016                    HIGGS FLETCHER & MACK LLP


By: *s/ Geoffrey M. Thorne*
   STEVEN J. COLOGNE
   CHARLES F. REIDELBACH, JR
   GEOFFREY M. THORNE
   Attorneys for Plaintiffs and Counter-Defendants GINA CHAMPION-CAIN, LUV SURF, LP, ANI COMMERCIAL CA I, LLC and ANI COMMERCIAL CA II, LP